**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
380 Westminster Street, 6th Floor
Providence, RI 02903
www.rib.uscourts.gov
(401)626-3100**

*In re: Newport Overlook Association*

BK No. 1:25-bk-11000

*Order to File Missing/Deficient Documents, and Notice of Automatic Dismissal for Non-Compliance -- Chapter 11 Case*

A petition was filed in the above-referenced case on **12/17/25** . Pursuant to LBR 1007-1(c), please be advised that the following documents are missing and must be filed on or before, 1/2/2026, plus an additional three days if served by mail as evidenced on the certificate of service below.

*Failure to comply with this order by filing the missing documents or a motion to extend time, by the above stated deadline, or to file a request for relief pursuant to R.I. LBR 1017-2(b) within 7 days of this order, will result in the automatic dismissal of the bankruptcy case without further notice.*

Form B206 Summary of Assets and Liablites
B206A/B Schedule A/B
B206D Schedule D -- Secured Debts
B206E/F Creditors Who Have Unsecured Claims (non-individuals)
B206G Schedule G -- Executory Contracts and Unexpired Leases (non-individuals)
B206H Schedule H -- Schedule H: Your Codebtors(non-individuals)
Debtor's Signed Declaration re: Schds.
B2030 Disclosure of Compensation of Attorney For Debtor
B207 Statement of Financial Affairs
Corporate Ownership Statement

Other:

## Certificate of Service

| **Debtor** | **Debtor's Attorney** | **Trustee** |
|---|---|---|
| Regular Mail | Email Delivery | Email Delivery |

*Dated : 12/18/25*
*Document Number:   10 - 1*

jsp form 311

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

*By:  PR*
*Deputy Clerk*