## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re:<br><br>NEWPORT OVERLOOK ASSOCIATION, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.:    1:25-bk-11000 |

### DECLARATION OF AMY HOULE CARUSO IN SUPPORT OF DEBTOR'S CHAPTER 11 PETITION AND APPLICATIONS FOR FIRST DAY RELIEF

I, Amy Houle Caruso, of full age, hereby certify and declare pursuant to Title 28 of the United States Code, Section 1746, as follows:

1.　　I am the President of the Board of Directors of the Newport Overlook Association, Inc. ("Debtor" or "Association").

2.　　I make this Declaration based on my personal knowledge, a review of records of Debtor, a review of documents publicly filed, and/or information available through counsel, agents and/or representatives of the Association.

3.　　I submit this Declaration to assist the Court and parties in interest in understanding the events and circumstances leading to the commencement of this case, and in support of the motions and other "first day" pleadings filed by Debtor (collectively, the "First Day Motions"), as set forth in more detail in Section K of this Declaration. I am authorized to submit this Declaration on behalf of Debtor.

4.　　If called upon to testify, I could and would testify competently to the facts set forth in this Declaration.

---

[1]  The last four digits of Debtor's tax identification number are 6560.

1604197873.18

5.     On December 16, 2025 (the "Petition Date"), the Association filed a voluntary petition for relief pursuant to title 11 of the United States Code[2] (the "Bankruptcy Code").  Since the Petition Date, Debtor has remained in possession of its assets and has continued management of its property, business, and affairs.

## A.     History of the Association and Governing Documents.

6.     The Association is a non-profit corporation organized under the laws of the State of Rhode Island pursuant to Articles of Incorporation filed with the Office of the Secretary of State of the State of Rhode Island on April 25, 2019 as filing number 201991094030, as amended pursuant to Restated Articles of Incorporation filed with the Office of the Secretary of State of the State of Rhode Island on April 26, 2019 as filing number 201991196680 (collectively, the "Articles of Incorporation").  Pursuant to the Articles of Incorporation, the purposes of the Association are "*[t]o own the common areas and operate the timeshare resort known as Newport Overlook, 150 Bay View Dr., Jamestown, RI and any other purpose lawful under RI general laws.*"

7.     The By-laws of the Association (the "By-laws") provide that the Association was formed to generally promote the welfare of its members; to provide a forum for the exchange of ideas relative to policies; to promote and operate in accordance with the plan of Interval Ownership (defined below) as set forth in the Interval Declaration (defined below); and to do all acts and things necessary or appropriate to the ordinary and necessary operation and maintenance of the property governed by the Association (the "Property").

8.     Pursuant to the By-Laws, the Association is governed by a Board of Directors (the "Board"). The current members of the Board are Amy Houle Caruso, President; Jennifer Aviles,

---

[2] All references to the "Bankruptcy Code" herein refer to 11 U.S.C. §§101-1532.

Vice President; Kalina Kennedy, Secretary/Treasurer; Linda Renzi, Director; and Brennan Handfield, Director.

**B.      Property Structure.**

9.      The development was originally conceived and built as a two-phase condominium complex named *Taylors Point* and governed by the Taylors Point Condominium Association. The Interval Declaration (defined below) subsequently submitted the Property to a timeshare plan and renamed the complex *Newport Overlook*.[3]

10.      The Taylors Point Condominium was formed pursuant to a Declaration (the "Original Declaration") of Taylors Point Development Company dated April 1, 1982, and recorded on June 16, 1982 in Volume 78, at Page 84 et seq., in the Land Evidence Records of the Town of Jamestown, Rhode Island (the "Land Records Office"). The Original Declaration was amended by that certain Amended Declaration of Condominium (the "First Amended Declaration") dated October 7, 1982 and recorded March 14, 1983 in Volume 79 at Page 606 in the Land Records Office and that certain Second Amendment to Declaration of Condominium Taylors Point Condominium (the "Second Amended Declaration") dated October 12, 1983 and  recorded on October 19, 1983 in Volume 81 at Page 216 in the Land Records Office. The Original Declaration, First Amended Declaration and Second Amended Declaration are collectively referred to as the "Declaration".

11.      The Declaration establishes a condominium form of ownership for Taylors Point Condominium. The Declaration identifies units, common areas and relative ownership of same. The condominium units and their designations, locations, approximate areas, number of rooms,

---

[3] Pursuant to the Second Amended to Declaration of Condominium, the Taylors Point Condominium Association was made inoperative while the timeshare regime is in operation.

1604197873.18

immediately accessible common areas and other descriptive specifications thereof are specified

and described in Amended Exhibit "B" to the First Amended Declaration. Pursuant to Section 6 of

the First Amended Declaration the "common areas" and facilities include, among other things,

common lobbies, vestibules, stairways, ramps, entrances and exits to the buildings, walkways, and

driveways.

12.     An interval or timeshare form of ownership was created by that certain Interval

Ownership Plan Declaration of Covenants and Restrictions (the "Interval Ownership Declaration")

dated March 21, 1983 and recorded on March 21, 1983 in Volume 79 at Page 677 in the Land

Records Office. The Interval Ownership Declaration was amended by that certain First

Amendment to Declaration of Covenants and Restrictions of Interval Ownership ("First Amended

Interval Declaration") dated October 12, 1983 and recorded on October 19, 1983 in Volume 81 at

Page 219 in the Land Records Office. The Interval Ownership Declaration and First Amended

Interval Declaration are collectively referred to as the "Interval Declaration".

13.     Pursuant to the Interval Declaration, each purchaser of an "Interval Week" is

conveyed an undivided percentage interest in real property and its proportionate percentage

interest in the common areas as tenants in common with all other interval owners.

14.     Section (r) of Article I of the Interval Declaration states that an "'*Interval Owner'*

*means the owner or owners of an interest in Newport Overlook together with the exclusive right*

*to occupy and use one or more Interval Weeks and the Declarant with respect to any Interval*

*Week(s) not conveyed.*" Section (t) of Article I of the Interval Declaration says that an "'Interval

Week' means a period of occupancy in the Premises which shall consist of seven (7) days."

1604197873.18

15.     Section 3 of Article II of the By-laws provides that an Interval Owner shall automatically become a member of the Association (individually an "<u>Association Member</u>" and collectively the "<u>Association Members</u>").

16.     Section 1 of Article V of the By-laws provides that each good standing Association Member shall be entitled to one (1) vote for each Interval Week owned by said member. Where an Interval Week is owned jointly by two or more persons, there shall be only one vote for each such Interval Week.

**C.     Property Description.**

17.     The Property governed by the Association is located at 150 Bay Drive, Jamestown, Rhode Island and is commonly known as *Newport Overlook*. The Property consists of 3 buildings containing a total of 19 two-bedroom units (the "<u>Units</u>") and their concomitant common areas, including a pool.

18.     The Property is operated as a timeshare community. All Units are fully furnished, and each contains a full kitchen.

19.     The following photographs depict the location of the Property and certain of the buildings:



1604197873.18





1604197873.18

**D.      Ownership Interests of the Property.**

20.      Phase I of the Property consists of Building 1, containing 7 Units, and Building 2, which has 6 Units - Units 1-13. Phase II consists of Building 3, with 6 Units -- Units 14-19.

21.      Pursuant to Article III of the Interval Declaration, each Unit consists of 52 Interval Weeks. 26 of these weeks are fixed weeks whereby the Interval Owner has the exclusive right to occupy a designated Unit during a designated week. The remaining 26 weeks are flexible weeks whereby an Interval Owner has the exclusive right to occupy a non-designated Unit on a variable basis each year. In some years, there is a 53rd week that functions as an additional flexible week. Additionally, each Interval Owner also receives a nonexclusive interest in the common area at the Property as a tenant in common with the other Interval Owners.

22.      There are 988 Interval Weeks at the Property. (Each of the 19 Units at the Property contains 52 Interval Weeks.)

23.      Pursuant to a deed dated September 29, 2025, and recorded on November 11, 2025 in Jamestown Land Evidence Records Book 1072, at Page 300, the Association owns fixed week interests in the following Units:

- Suite 001, Week 7
- Suite 002, Week 22
- Suite 003, Week 34
- Suite 005, Week 40
- Suite 006, Week 28
- Suite 007, Week 15
- Suite 008, Week 49
- Suite 009, Week 12
- Suite 010, Week 37
- Suite 011, Week 36
- Suite 013, Week 52
- Suite 014, Week 20
- Suite 015, Week 23
- Suite 016, Week 23
- Suite 017, Week 10
- Suite 018, Week 50

7

- Suite 019, Week 40

24. Pursuant to a deed dated November 24, 2025, and recorded on December 1, 2025 in Jamestown Land Evidence Records Book 1073, at Page 296, Eastern Resorts Company, LLC conveyed to the Association the following fixed week interest in the following units:

- Suite 004, Week 13
- Suite 012, Week 25

25. Accordingly, the Association owns 19 Interval Weeks at the Property together with a concomitant share of the common elements (the "Association Interest"). The Association Interest comprises approximately 1.92% of the total Interval Weeks at the Property. The Association owns the Association Interest as a tenant-in-common with all Interval Owners at the Property.

26. PTVO Owners Association, Inc. ("PTVO")[4] owns 241 Interval Weeks at the Property, which is approximately 24.39% the total Interval Weeks.

27. WorldMark, the Club (the "Club") owns 231 Interval Weeks at the Property, which is approximately 23.38% of the total Interval Weeks.

28. Eastern Resorts Company, LLC ("ERC") owns 102 Interval Weeks, which is 10.32% of the total Interval Weeks at the Property.

---

[4] Upon information and belief, pursuant to the Declaration of Covenants, Conditions and Restrictions; Grant and Reservation of Easements for Club Wyndham Access Vacation Ownership Plan ("CWA"), dated January 3, 2008, as amended, supplemented or restated from time to time (the "Club Declaration"), PTVO, a non-stock, non-profit corporation duly organized and existing under the laws of the State of Delaware, and Wyndham Vacation Resorts, Inc. ("WVR") created a multi-site timeshare program known as Club Wyndham Access. Upon Information and belief, pursuant to a Declaration of Trust for CWA dated as of January 4, 2008, as amended, supplemented or restated from time to time, (the "Trust Declaration") PTVO and WVR created an irrevocable trust to hold legal title to certain real property interests in one or more resort properties ("Club Properties") that have been subjected to the Club Declaration. Upon information and belief, the Club Properties are deeded to First American Trust, a Federal Savings Bank ("First American Trust"). Upon information and belief, First American Trust is the trustee under the Trust Declaration. Upon information and belief, PTVO is the beneficiary under the Trust Declaration.

29.     The remaining 395 Interval Weeks (approximately 39.98% of the total) are owned by parties to corresponding contracts, with each interval having its own separate corresponding contract.

30.     Upon information and belief, Club Wyndham Access Vacation Ownership Plan ("CWA") (further discussed in footnote 4) has or may offer to acquire certain Interval Owners' interest(s) in the Property, in exchange for certain consideration. Debtor is not and will not be a party to any such transaction.

**E.     The Reserve Study and Occupancy.**

31.     The Property faces challenges due to a decline in occupancy as well as needed repairs, capital improvements and renovations. The 2025 annual maintenance fee of all Association Members is $1,478.87. The Board forecasts 14% annual reserve increases for Association Members through 2031 as well as a special assessment or a loan.

32.     Pursuant to the 2025 reserve study received by the Board (the "Reserve Study"), the Property needs repairs, capital improvements, and renovations estimated to cost nearly $5 million from 2025 through 2028.  A copy of the Reserve Study is attached at **Exhibit "A"** hereto.

33.     Pursuant to the Reserve Study (i) the budgeted annual reserve contribution for the 2025 fiscal year is $334,822 or $346/unit week based on 969 unit weeks (19 units x 51 weeks), (ii) the budgeted 2025 reserve funding amount does not adequately fund future projected reserve expenses as the reserve balance becomes negative in 2028, and (iii) to adequately meet future projected reserve expenditures, it will be necessary to increase the budgeted funding amount by 14% per year from 2026 to 2031, with increases of 3% annually thereafter. In addition to increases in reserve funding, the Reserve Study projects the need for the Association to obtain a loan of $2,750,000 in 2028.

1604197873.18

34.     In 2024, the occupancy rate at the Property was approximately 78.1%. In 2025, year to date occupancy was approximately 76.1% through October 31, 2025.

**F.     Maintenance Fee Delinquencies and Foreclosure Status.**

35.     As of October 31, 2025, (i) 80 Interval Owners were not current in the payment of maintenance fees, and (ii) the amount past due to the Association totaled $523,459.06.

36.     The Association has ordinarily utilized outside debt collection service providers to pursue collection of delinquent maintenance fees and will continue to do so in instances beneficial to the bankruptcy estate, in the Board's business judgement.

37.      WVR and the Association are parties to an Inventory Foreclosure Agreement dated December 2, 2010, which was amended by a First Amendment to Inventory Foreclosure Agreement effective April 17, 2015 (collectively the "IFA"). Pursuant to the IFA, the Association engaged WVR to provide assistance in foreclosure proceedings against "Delinquent Owners" (as defined in the IFA). The IFA provides for the assignment by the Association and purchase by WVR of "Delinquent Inventory" (as defined in the IFA) for the purpose of instituting foreclosure proceedings, deed in lieu of foreclosures and similar take-back proceedings. WVR pays for the costs of such foreclosures, deeds in lieu of foreclosures and similar take-back proceedings and in exchange for same title to the Delinquent Inventory is conveyed to WVR.

38.     As of October 31, 2025, the Association tendered to WVR accounts of approximately 34 Delinquent Owners for the purpose of instituting foreclosure proceedings, deed in lieu of foreclosures and similar take-back proceedings. WVR has not yet filed foreclosure actions as to these accounts.  In light of the bankruptcy filing, the Association intends to defer instituting new foreclosure actions, without prejudice to the right of the Association to continue or commence collection and/or foreclosure action against Delinquent Owners and without waiver of any rights or remedies of the Association.

1604197873.18

## G.      Management of the Property.

39.      The Association, through its Board, is responsible for the operation, management and maintenance of the Property. Section 13(e) of Article VII of the By-Laws specifically gives the Board the right to manage the Property, including hiring a management company.

40.      The Association has historically retained a professional management company for the Property. The Association entered into a Management Agreement with Eastern Resorts Company, LLC ("Former Manager") on December 1, 1998, as amended by that First Amendment dated August 21, 2003 (the "Former Agreement"). Wyndham Vacation Management, Inc.[5] ("Property Manager") was the successor in interest to all of Former Manager's rights, title and interest to the Former Agreement.

41.      The Association entered into a new Management Agreement (the "Management Agreement"), effective June 10, 2016, with Property Manager. The Management Agreement remains in effect.

42.      By the Management Agreement, the Association appointed the Property Manager to provide certain services (collectively, the "Services") as manager of the property for a term of five years, which automatically renews for successive five-year periods unless terminated upon ninety (90) days written notice by either party of its intent not to renew upon the conclusion of the then-current period.

43.      The Services provided by the Property Manager are set forth Paragraph 6 of the Management Agreement and include,  (a) maintaining the Association's books and records, (b) conducting business correspondence on behalf of the Association, (c) maintaining a master list of owners of interests in the Association, (d) maintaining the Property and repairing individual units

---

[5] Upon information and belief, the Property Manager is an affiliate of WVR and ERC. Upon information and belief, the Property Manager, WVR and ERC are indirect subsidiaries of Travel + Leisure Co.

1604197873.18

as needed, (e) contracting with vendors and service providers, (f) entering into any concession, lease, equipment lease, contract, or agreement for the operation of the property use of machinery and equipment of the Association, (g) purchasing such additional machinery and equipment as reasonably necessary for the maintenance and upkeep of the common elements, (h) purchase or contract for services, maintenance, material as it deems advisable, (i) providing housekeeping services to the Association, (j) hiring and compensating employees working on behalf of the Association, (k) hiring experts including attorneys, tax consultant, accountants and such other professionals and experts on behalf of the Association, (l) supervising and performing various financial and accounting services, including management of funds, maintaining bank accounts, coordinating all accounts payable, preparing financial statements and records, processing payroll obligations, reconciling bank statements, developing an annual budget, coordinating the preparation and filing of necessary tax returns, annual audits, and assessment billing and collections, (m) obtaining and maintaining all necessary insurance coverage, and (n) reservation, inventory management and owners services, (o) client services, (p) check-in and check-out services, (q) IT Services, (r) enforcing rules and regulations, and (s) attending board meetings and member meetings.

44.     The Property Manager passes through to the Association the costs of these Services on a dollar-for-dollar basis, without any markup.

45.     The Property Manager's only compensation is a flat rate "management fee" comprised of two components, a "Condominium Management Fee" and a "Timeshare Management Fee."

46.     During 2024, the total amount paid under the Management Agreement for services was $125,625, or approximately $10,468 per month. For calendar year 2025, this monthly

payment has increased to approximately $11,443.50 per month. Since 2024, the Association also reimbursed the management company for additional expenses under the Management Agreement in the amount of approximately $28,332 per month.

47.     The foregoing contractual arrangements are necessary for Debtor to continue operating, as it does not employ or compensate any employees directly and, therefore, would be unable to continue operations without the benefit of the Management Agreement or Tax Services Agreement.  As such, Debtor anticipates continuing to operate under the terms of the foregoing agreements and satisfying the obligations arising thereunder in the ordinary course of its business.

**H.      Pre-Petition Resolutions.**

48.     On October 13, 2025, at a duly called and conducted special meeting of the Association Members (pursuant to the Bylaws), the requisite number of Association Members voted to authorize the Board to file a chapter 11 bankruptcy petition for the Association to, among other things and subject to Bankruptcy Court approval, market and sell the entire Property, free and clear of the interests of all interval owners (including non-debtor owners), with such interests to attach to the proceeds of sale, subject to distribution pursuant to Bankruptcy Court order.

49.     With 988 voting interests available and 690 or 69.84% of the voting interests represented in person or by Proxy, the Board certified a quorum of at least 50% at the October 13, 2025 special meeting. At that meeting, members specifically voted to authorize the Board to:

(i) file a chapter 11 bankruptcy case on behalf of the Association – **with 95.80% of the voting interests present at the meeting (in person or by proxy) in favor and 4.20% of the voting interests not in favor**;

(ii) engage professionals as the Board deems appropriate to facilitate the bankruptcy proceeding including, but not limited to, legal, accounting, and brokerage professionals – **with**

1604197873.18

**95.80% of the voting interests present at the meeting (in person or by proxy) approving and 4.20% of the voting interests disapproving**;

(iii) suspend operations at Newport Overlook for 2026 including (a) suspend occupancy at the resort by members, guests and others as of December 27, 2025 (or shortly thereafter as deemed necessary or proper by the Authorized Persons) without waiver of the right of the Association to re-commence occupancy upon notice to members; (b) suspend collection of 2026 maintenance fees, without waiver of the right of the Association to later seek payment of such fees and without waiver of member obligations regarding same, upon notice to members; (c) waive the funding of reserves in the 2026 budget pursuant to applicable provisions of Association governing documents and applicable law; (d) refund to members 2026 maintenance fees received by the Association, if any, without waiver of the right of the Association to later seek payment of such fees, upon notice to members, and without waiver of member obligations regarding same; (e immediately suspend reservations (including cancelling any existing reservations with occupancy dates after December 27, 2025) at the resort after December 27, 2025, without waiver of the right of the Association to later accept reservations at the resort upon notice to members; (f) transfer the balance of reserve funds of the Association as of December 31, 2025, as needed, to pay operating expenses and costs of the Association as set forth in the attached limited operations budget for 2026 or any approved budget for the Association, pursuant to applicable provisions of the governing documents and applicable law; and/or (g) take any and all action that they deem necessary or proper regarding the operation and/or management of the Association - **with 95.63% of the voting interests present at the meeting (in person or by proxy) approving and 4.37% of the voting interests disapproving**;

1604197873.18

(iv) conveyance of an interest in the Property to the Association - **with 96.25% of the voting interests present at the meeting (in person or by proxy) approving and 3.75% of the voting interests disapproving**; and

(v) take certain actions related to the bankruptcy case – **with 95.95% of the voting interests present at the meeting (in person or by proxy) voting yes and 4.05% of the voting interests voting no**.

**I.       Debtor's Intentions in its Bankruptcy Proceeding.**

50.      Among other things, the Association intends to seek, subject to Bankruptcy Court approval as may be required, certain relief including all or some of the following:

- Judgment against Association Members (by consent or otherwise) authorizing the sale of Debtor's undivided interest in the Property, jointly with the sale of the interests of the Association Members, pursuant to 11 U.S.C. §363(h) and/or other applicable provisions of the Bankruptcy Code. Bankruptcy Code. Debtor reserves the right to seek such relief by filing a lawsuit against Association Members.

- Approval of marketing, bid and sale procedures for the Property.

- Authorization to sell the Property and all interval interests free and clear of the interests of all members (Debtor and non-debtor), with such interests to attach to the proceeds of sale, subject to distribution by bankruptcy court order in accord with 11 U.S.C. §363(b), (f), (h) and (j) and other applicable provisions of the Bankruptcy Code.[6]

- Termination or amendment of the timeshare plan for the Property effective at or prior to closing of the sale of the Property.

- Authorization to assume and assign to a purchaser, or reject and terminate, all executory contracts and unexpired leases to which the Association is a party – at closing.

- Authorization to distribute net sale proceeds (after costs of administration and sale) as well as all remaining property, cash and reserves of the Association pursuant to a confirmed plan of liquidation or other Bankruptcy

---

[6] Debtor intends to file a bidding procedures motion, including potentially designating a stalking horse bidder for the Property, as may be appropriate.

1604197873.18

Court order. Distribution to Association Members may be subject to set-off of amounts owed to the Association for delinquent maintenance fees and/or special assessments.

- Resolution of all claims against the Association.

- Dissolution of the Association following sale and distribution pursuant to a confirmed plan of liquidation or other Bankruptcy Court order.

**J.      Assets and Liabilities of Association.**

51.      As of the Petition Date, Debtor carries no secured debt. Debtor funds its operations through the maintenance fees and assessments from Association Members with various interests in the Property.  As set forth in Debtor's Petition and statements and schedules, which the Debtor intends to file in the coming days, the Debtor's assets primarily consist of (i) approximately $1,320,811.71[7] in cash and cash equivalents, (ii) approximately $523,459 in accounts receivable, and (iii) an undetermined value of the Association Interest in the Property.

52.      Debtor's liabilities generally relate to the maintenance and operation of the Property, including, but not limited to, landscaping, housekeeping, and other general maintenance fees.  Debtor has been paying its liabilities in the ordinary course leading up to the Petition Date, and Debtor anticipates paying all claims in full as part of this Chapter 11 Case.

**K.      First Day Motions.**

53.      Concurrently with the filing of the Chapter 11 Case and this Declaration, Debtor filed certain First Day Motions[8] seeking orders granting various forms of relief intended to maintain the Property, facilitate the efficient administration of the Chapter 11 Case, and expedite the sale process.

---

[7] Aggregate cash balance as of December 3, 2025.

[8] Capitalized terms used but not otherwise defined herein shall having the meanings ascribed to them in the applicable First Day Motion.

1604197873.18

54.      I believe that it is critical that the First Day Motions be heard as soon as practicable. If such motions are not considered on an expedited basis, it could lead to immediate and irreparable harm to the Property and the interval interests owned by the Association Members. I believe approval of the emergency First Day Motions is in the best interest of all interested parties in the Chapter 11 Case.

55.      Certain of the First Day Motions request authority to pay prepetition claims against Debtor.  I understand that Rule 6003 of the Federal Rules of Bankruptcy Procedures provides, in relevant part, that the Court shall not consider motions to pay prepetition claims during the first twenty-one (21) days following the filing of a chapter 11 case, except to the extent relief is necessary to avoid immediate and irreparable harm. In light of this requirement, Debtor has narrowly tailored its requests for immediate authority to pay certain limited prepetition claims to those instances where failure to pay would cause such immediate and irreparable harm.

56.      The First Day Motions include the following[9]:

i.      *Debtor's Motion for Emergency Determination for Entry of an Order (I) Authorizing Debtor to Suppress Certain Personally Identifiable Information for Individual Creditors, Interval Owners, and Parties in Interest and (II) Limiting Debtor's Noticing Obligations (the "Noticing Motion")*

57.      **Noticing Motion**. Pursuant to the Noticing Motion, Debtor requests authority to (a) suppress certain personally identifiable information for only those creditors and parties in interest that are individual persons (rather than entities or businesses) and (b) limit Debtor's obligations with respect to noticing of pleadings.

---

[9] I have reviewed each of the First Day Motions filed in this Chapter 11 Case (including the exhibits thereto and supporting memoranda) and incorporate by reference the factual allegations and statements set forth therein.  To the extent any factual allegations included in a First Day Motion is not expressly provided herein, such statement is adopted in its entirety and incorporated herein.

1604197873.18

58.     I believe it is appropriate to authorize Debtor to suppress from any paper filed with the Court in this Chapter 11 Case, the residential addresses and email addresses of individuals that are creditors, Association Members, and parties in interest, because such disclosure may risk violating applicable privacy laws, exposing Debtor to potential civil liability and significant financial penalties.  Pursuant to section 107(c) of the Bankruptcy Code and privacy protection regulations being enacted in key jurisdictions, it is appropriate to authorize Debtor to suppress such information to avoid disclosure and potential liability. Omni Agent Solutions, Inc., Debtor's proposed Claims Agent, shall maintain a list of the suppressed individuals for use by Debtor, the United States Trustee, and the Court, upon request.

59.     Additionally, Debtor seeks establishment of certain proposed notice procedures for notifying creditors and interest holders of the commencement and administration of the Chapter 11 Case. Though Debtor has a relatively small number of creditors, it has nearly 700 Association Members with an interest in the Property.  In order to alleviate the enormous and costly burden of serving over one thousand parties in interest with each filing (some of which are voluminous), Debtor proposes to create and utilize a Master Service List to serve pleadings and other documents upon parties, including by electronic means where available.  The proposed procedures will control over the applicable noticing rules contained in the Bankruptcy Rules and the Local Rules.

60.     Debtor further proposes that all filings be made available to all parties in interest on a public website maintained by the Claims Agent.  I believe that this relief requested is in the best interest of Debtor's estate, as it will allow for a more efficient and cost-saving case administration. Debtor will still provide notice to any Affected Party by any particular pleading in addition to the Master Service List, and the Interval Owners have also been noticed of the

Chapter 11 Case, as there was a meeting of the Association Members conducted on October 14,

2025 to discuss and vote on authorizing the filing of the Chapter 11 Case.

61.     I believe that the relief sought in the Notice Motion is prudent and in the best

interest of Debtor, its estate, and the parties in interest, as each of the requested notice procedures

will allow for the efficient and economical administration of the Chapter 11 Case, including by

reducing administrative costs and ensuring the fair and consistent treatment of all parties' interests

and rights.

    ii.     *Debtor's Motion for Emergency Determination for Interim and Final Orders (I) Authorizing Debtor to (A) Continue to Use Existing Cash Management System, (B) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, and (C) Honor Certain Related Prepetition and Postpetition Obligations; (II) Determining Compliance with, or Granting a Waiver of, Certain Investment and Deposit Guidelines; and (III) Granting Related Relief (the "Cash Management Motion")*

62.     **Cash Management Motion**. Debtor has filed an emergency motion seeking entry

of an order: (a) granting Debtor authority to (i) continue to maintain Debtor's existing Cash

Management System, including without limitation, to continue to maintain Debtor's existing

Bank Accounts, as defined in the Cash Management Motion, and business forms and (ii) honor

certain prepetition and post-petition obligations related thereto; (b) waiving investment and

deposit guidelines of section 345 of the Bankruptcy Code and the *Operating Guidelines and

Reporting Requirements for Debtors in Possession and Chapter 11 Trustees* (the "Guidelines")[10]

issued by the Office of the United States Trustee; and (c) providing any additional relief required

in order to effectuate the relief requested therein.

---

[10] Under the Guidelines, a debtor in possession must, among other things, close all existing bank accounts and open new accounts in the name of the debtor-in-possession, establish separate accounts for the payment of taxes and cash collateral/post-petition financing, and obtain new checks and business forms that indicate the debtor's status as a debtor-in-possession.  These requirements are designed to provide a clear line of demarcation between prepetition activities and transactions and post-petition activities and transactions, in order to prevent the inadvertent payment of prepetition claims during the pendency of the case.

1604197873.18

63.     Debtor maintains a cash management system in the ordinary course of Debtor's business. The Cash Management System is an integrated, centralized system that utilizes four (4) Bank Accounts, across two (2) financial institutions (collectively, the "Banks"), through which Debtor manages cash receipts and disbursements.

64.     These accounts serve specific functions within the Cash Management System, including making payments, collecting annual fees from owners, investing excess funds, and segregating cash required for certain budgeted payment obligations (*i.e.*, in the Reserve Account and Tax Account).   Debtor has specific Investment Guidelines with respect to certain Bank Accounts that require investments only in certain, specific, safe investments, with the stated goal of ensuring (a) safety of principal, (b) adequacy of liquidity, and (c) maximization of yields (in order of importance).

65.     The Bank Accounts consist of two (2) accounts with Comerica Bank (those being the Checking Account and the Sweep Account), and two (2) accounts with Merrill Lynch (those being the Reserve Account and the Investment Account).   The account balances in the Checking Account and Sweep Account as of December 3, 2025 are $0.00 and $139,548.19 respectively, such amounts being below the $250,000 FDIC limit.   All funds in the Merrill Lynch accounts are invested in either (a) U.S. Treasury Notes, or, (b) a fund which invests almost exclusively (at least 99.5%) in United States government-backed securities.

66.     The Cash Management System operates in accordance with ordinary, usual, and essential business practices.   Through the Property Manager, Debtor maintains detailed accounting records that track transfers of funds to and from the Bank Accounts as a part of normal operations.   The Property Manager will continue these practices as part of ongoing operations during the pendency of this case in order to maintain governance, manage liquidity, and meet

court reporting requirements.  It is imperative that Debtor be able to continue using its existing Cash Management System, as it is designed to ensure (a) the safety of the cash received, (b) the adequate funding of operations and maintenance as well as taxes, and (c) compliance with local law.  Thus, though its operations are relatively simple, its Cash Management System is necessarily complex.  Moreover, as noted above, a substantial portion of Collections and remittances are automated for convenience to the Interval Owners as well as Debtor.  Debtor has automated payments scheduled and in place with respect to a substantial portion of its operations as do the Interval Owners.  I believe any change to this system, therefore, would cause, at best, immediate disruption in collections as well as unnecessary delays, and, at worst, potential violations of applicable law.

67.    The unique nature of Debtor's operations and the regulatory regime under which it operates necessitate the continuation of the Cash Management System during the pendency of the Chapter 11 Case.  The system is complex and designed specifically to comply with Debtor's obligations as a timeshare association, including to segregate cash related to tax obligations and reserves as well as to control disbursements and ensure cash is generating as high of a rate of return as possible without risking principal.  If Debtor were required to create and implement a new cash management system, its operations would be severely disrupted, which would have an adverse impact on Debtor and result in substantial additional costs to the estate.

68.    Debtor seeks a waiver of the Guideline requirements so its operations are not disrupted by the need to alter the Cash Management System, as it would create an unnecessary administrative burden and expense for the estate, while likely causing delays in the processing of payments.

69.     Debtor requests further relief from the Guidelines to the extent they require Debtor

to make all disbursements by check.   Considering the complexity of the Cash Management

System, Debtor must conduct certain transactions by debit, wire, or ACH payments and to deny

Debtor the opportunity to do so would interfere with its performance of its contracts and

unnecessarily disrupt its operations.

70.     I believe the relief requested in the Cash Management Motion is necessary and

proper considering the nature of the Cash Management System.   The system, as currently

designed, ensures Debtor is able to control its cash inflows and outflows, imposes strict guidelines

on Debtor's investments of its cash, and protects the cash that Debtor requires for its continued

compliance with law.

iii.     *Debtor's Motion for Emergency Determination on Debtor's Application for Entry of an Order Authorizing Debtor to Employ and Retain Omni Agent Solutions, Inc. as Notice, Claims and Solicitation Agent Effective as of the Petition Date (the "Omni Retention Application")*

71.     **Omni Retention Application.** Debtor has filed an application requesting the

Court approve Debtor's retention of Omni Agent Solutions, Inc. as its Claims Agent.   I believe

such relief is prudent in light of the thousands of parties in interests to whom notices may need to

be sent.   I believe that the most effective and efficient manner by which to give notice and process

claims in the Chapter 11 Case is to engage Omni Agent Solutions, Inc., as an independent third

party with significant experience in this role. I believe the relief requested in the Omni Retention

Application is in the best interests of Debtor, its estate, and the Association Members.

iv.     *Debtor's Motion for Emergency Determination for Interim and Final Orders Authorizing Debtor to Pay Prepetition Sales, Use, Trust Fund, Property, and Other Taxes and Similar Obligations (the "Tax Motion")*

72.     **Tax Motion**. Debtor requests authority, among other things, to pay, in Debtor's

sole discretion and in the ordinary course of business, sales, use, trust fund, property, and other

1604197873.18

taxes, without regard to whether such obligations accrued or arose before or after the Petition Date. I believe the relief requested in the Tax Motion is in the best interest of Debtor's estate, without which, the estate would suffer substantial and irreparable harm.

73.     In the ordinary course of operating its business, Debtor (a) incurs certain Taxes and Fees to various Taxing Authorities, and (b) is charged amounts for services related to calculating and estimating such Taxes and Fees.  I understand that Debtor is generally current on its tax obligations, with an estimated $0.00 in Taxes and Fees outstanding as of the Petition Date.

74.     Debtor must continue to pay certain of these taxes and fees in order to continue operating its business and to avoid potential penalties and distractions during the Chapter 11 Case. Debtor's failure to pay the Taxes and Fees described in the Tax Motion could adversely affect Debtor's business operations, as taxing authorities may assert liens on Debtor's property, assert penalties or interest on past-due amounts, cancel licenses, and/or subject Debtor's directors and officers to personal liability for unpaid amounts.  Moreover, Debtor's failure to pay for certain services (including the Accountant Services) related to the Taxes and Fees could result in a delay in paying certain of the Taxes.  I believe the relief requested in the Tax Motion is required to avoid these potential disruptions and distractions.

v.     _**Debtor's Motion for Emergency Determination for Authority to (I) Continue to Administer Insurance Policies and Related Agreements; (II) Honor Certain Obligations in Respect Thereof; and (III) for Related Relief (the "Insurance Motion")**_

75.     **Insurance Motion**. Debtor has filed an emergency motion requesting the authority but not direction to, among other things, maintain, renew, modify, supplement or purchase, in its sole discretion its Insurance Policies and Programs described therein as well as agreements related thereto.

1604197873.18

76.    Debtor's Insurance Policies and Programs are crucial to the preservation of the value of Debtor's business, Property, and estate.  In many cases, the insurance coverage is required by law and/or the Office of the United States Trustee.  The Insurance Policies and Programs are also prudent to continue, as they ensure the protection of the value of the estate in the event a calamity were to occur.  By shifting the risk from Debtor and its interest holders to the Insurance Providers under the existing regime of Insurance Policies and Programs, Debtor can efficiently, and economically, protect the estate and its interests.  I believe that it is essential for Debtor to maintain the Insurance Policies and Programs in the ordinary course of business as set forth in the Insurance Motion.  Debtor's continued operations, combined with its efforts to undertake an orderly sale of the Property, require that the insurance policies be maintained on an ongoing and uninterrupted basis. I believe the relief requested in the Insurance Motion is in the best interests of Debtor, its estate, and the Association Members.

**L.    Retention Applications.**

77.    Though not part of the First Day Motions, during the course of the Chapter 11 Case, Debtor intends to retain several professionals, for each of which Debtor will file a separate retention application.  In particular, Debtor intends to retain (a) Chace Ruttenberg & Freedman LLP, as general bankruptcy counsel, (b) K&L Gates LLP, as special counsel, and (c) Hilco Real Estate, LLC, as real estate agent to Debtor. Moreover, as noted above, Debtor also seeks to retain Omni Agent Solutions, Inc. as its notice and Claims Agent.

**M.    Reservations and Conclusion.**

78.    Nothing contained in this Declaration, any First Day Motion, or any relief requested in this Declaration or the First Day Motions, is intended as or shall be construed or deemed to be: (a) an admission as to the amount of, basis for, or validity of any claim against Debtor under the Bankruptcy Code or other applicable non-bankruptcy law; (b) an impairment or

1604197873.18

waiver of Debtor's or any other party in interest's right to dispute any claim against, or interest in, Debtor, its property, or its estate on any grounds; (c) a promise or requirement to pay any claim; (d) an assumption, adoption, or rejection of any agreement, contract, or lease under section 365 of the Bankruptcy Code; (e) an implication, admission or finding that any particular claim is an administrative expense claim, other priority claim, or otherwise of a type specified or defined in this Declaration, the First Day Motions, or any relief requested therein; (f) an implication, admission, or finding as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on the property of Debtor or its estate; (g) an impairment or waiver of any claims or causes of action which may exist against any entity; or (h) a waiver of Debtor's or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

79.     I have consulted with Debtor's proposed counsel regarding the relief requested in the First Day Motions and understand each of the First Day Motions and the relief requested therein. To the best of my knowledge and belief, and subject to the foregoing reservations, the factual statements contained in each of the First Day Motions are true and accurate, and each such factual statement is incorporated herein by reference.

80.     I believe that the relief requested in the First Day Motions is necessary, in the best interests of Debtor's estate, its creditors, the Association Members, and all other parties in interest, and will allow Debtor to operate with minimal disruption and maximize value preservation during the pendency of its bankruptcy case. Failure to grant the relief requested in any of the First Day Motions may result in immediate and irreparable harm to Debtor and its estate. Accordingly, for the reasons set forth herein and in each respective First Day Motion, I request that the Court grant the relief requested in each of the First Day Motions.

I hereby certify that, upon information and belief, the foregoing statements made by me are true and that this Declaration is executed under penalty of perjury. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 15, 2025

DocuSigned by:

*Amy Houle Caruso*

696CAA837D59498...

Amy Houle Caruso
President of the Board of Directors

1604197873.18

# **Exhibit A**

Reserve Study

# Newport Overlook
## TABLE OF CONTENTS

Executive Summary Report.................................................................................................... 1

Project Definition................................................................................................................. 2

Analysis Definition.............................................................................................................. 3

Loan/Special Assessment Report....................................................................................... 4

Deferred Expenditures Report............................................................................................ 6

Cash Flow Projections......................................................................................................... 8

Cash Flow Projections Graph.............................................................................................. 9

Projected Expenditures by Component............................................................................... 10

**Wyndham Vacations Resorts**
**Copyright Armstrong Consulting 2025 - All rights reserved.**

# Newport Overlook

## EXECUTIVE SUMMARY REPORT

### Analysis 1-2025

### 1/01/2025 - 12/31/2025

| Item | Total Current Replacement Cost on 1/01/2025 | Average Estimated Useful Life on 1/01/2025 | Average Remaining Useful Life on 1/01/2025 | Estimated Fund Balances on 1/01/2025 | 2025 Proposed Reserve Funding | 2025 Assigned Interest Earned | 2025 Projected Expenses | Estimated Fund Balances on 12/31/2025 |
|---|---|---|---|---|---|---|---|---|
| **Capital Improvements** | 2,377,198 | 16.04 | 7.04 | 532,324 | 132,227 | 4,678 | 372,101 | 297,128 |
| **Interior** | 2,467,591 | 16.40 | 3.95 | 392,825 | 181,279 | 6,416 | 173,155 | 407,365 |
| **Pavement** | 114,517 | 11.25 | 4.00 | 11,211 | 9,251 | 328 | 0 | 20,790 |
| **Roofing** | 183,700 | 20.00 | 7.57 | 14,611 | 12,059 | 427 | 0 | 27,097 |
| **Totals:** | **5,143,006** | | | **950,971** | **334,816** | **11,849** | **545,256** | **752,380** |

*Rounding May Cause Small Variances When Comparing Reports*

*5/06/25*

**Wyndham Vacations Resorts**
**Copyright Armstrong Consulting 2025 - All rights reserved.**

# Newport Overlook

## PROJECT DEFINITION REPORT

5/06/2025

### Project Information

| | | | |
|---|---|---|---|
| Project: | Newport Overlook | Project Date: | 1/01/1980 |
| Address: | 150 Bay View Drive | Number of Phases: | 0 |
| City: | Jamestown | Number of Units: | 19 |
| State: | RI | Number of Models: | 0 |
| Zip: | 02835-0000 | | |

### Property Description

The subject property is defined as Wyndham's Newport Overlook and is located at 150 Bay View Drive, Jamestown, Rhode Island.  The property is comprised of three residential buildings with 19 two bedrooms units.

Building 1     Units  1 - 7
Building 2     Units  8- 13
Building 3     Units 14 - 19

The residential buildings are two story concrete and wood frame structures.  Exterior walls are primarily wood stud with plywood sheathing and cedar shake siding.  The roof is pitched wood truss with an asphalt shingle surface.  Unit access is individual exterior, ground floor access to each unit.

Other building improvements consist of a check-in building.  The check-in building is a single story wood frame structure with cedar shake siding.  The roof is flat rubber membrane surface.  The check-in building contains the check-in lobby, storage space, and the pool pump room.

Recreational improvements include an outdoor swimming pool with a concrete deck.  Site improvements include an asphalt paved parking area and driveway, wood and metal fencing, and concrete and brick paved walkways.  The property was reportedly built in 1980 and was considered to be in average condition upon the latest site visit performed on April 11, 2019.

**Wyndham Vacations Resorts**
Copyright Armstrong Consulting 2025 - All rights reserved.

# Newport Overlook
## ANALYSIS DEFINITION REPORT

### Analysis 1-2025

### Project Information

| | | | |
|---|---|---|---|
| Project: | Newport Overlook | Project Date: | 1/01/1980 |
| Address: | 150 Bay View Drive | Analysis Date: | 1/01/2025 |
| City: | Jamestown | Number of Phases: | 0 |
| State: | RI | Number of Units: | 19 |
| Zip: | 02835-0000 | Number of Models: | 0 |

### Analysis Parameters

| | | | |
|---|---|---|---|
| Rate of Inflation: | 3% | Deferred Expenditures: | Yes |
| Rate of Return on Investment: | 2% | Contingency: | 0% |
| Beginning Funds: | 950,966.00 | Contingency Time: | None |
| Loan/Special Assessment: | Yes | | |

### Annual Contribution Factors

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2035: | 3% | 2045: | 3% | | |
| 2026: | 14% | 2036: | 3% | 2046: | 3% | | |
| 2027: | 14% | 2037: | 3% | 2047: | 3% | | |
| 2028: | 14% | 2038: | 3% | 2048: | 3% | | |
| 2029: | 14% | 2039: | 3% | 2049: | 3% | | |
| 2030: | 14% | 2040: | 3% | 2050: | 3% | | |
| 2031: | 14% | 2041: | 3% | 2051: | 3% | | |
| 2032: | 3% | 2042: | 3% | 2052: | 3% | | |
| 2033: | 3% | 2043: | 3% | 2053: | 3% | | |
| 2034: | 3% | 2044: | 3% | 2054: | 3% | | |

### Additional Analysis Information

Analysis 1 -2025 indicates the budgeted contributions into reserves and the recommended contribution increases to adequately fund future projected reserve expenditures. The analysis period utilized is 30 years. The return on reserve funds invested is currently projected at 2%. The inflation rate estimated for reserve components is 3% per year. The beginning reserve balance on January 1, 2025 is $950,966 based on information provided by property management.

The budgeted annual reserve contribution for the 2025 fiscal year is $334,822 or $346/unit week based on 969 unit weeks (19 units x 51 weeks). The budgeted 2025 reserve funding amount does not adequately fund future projected reserve expenses as the reserve balance becomes negative in 2028. To adequately meet future projected reserve expenditures, it will be necessary to increase the budgeted funding amount by 14% per year from 2026 to 2031. Then increases of 3% from 2032 through the end of the analysis period. The lowest reserve balance in this analysis is $259,785 at the end of 2030.

A loan of $2,750,000 in 2028 was added. Deferred expenditures are included as loan payments of $51,896 per month starting for 5 years at 5% interest.

**Wyndham Vacations Resorts**
Copyright Armstrong Consulting 2025 - All rights reserved.

**Newport Overlook**

**Loan/Special Assessment Report**

**Analysis 1-2025**

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| January | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| April | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| May | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| June | 0 | 0 | 0 | 2,750,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| July | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| September | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| October | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| November | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| December | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Totals** | **0** | **0** | **0** | **2,750,000** | **0** | **0** | **0** | **0** | **0** | **0** |

| | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 |
|---|---|---|---|---|---|---|---|---|---|---|
| January | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| February | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| March | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| April | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| May | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| June | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| July | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| August | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| September | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| October | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| November | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| December | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Totals** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |

**Wyndham Vacations Resorts**
Copyright Armstrong Consulting 2025 - All rights reserved.

**Newport Overlook**

## Loan/Special Assessment Report

### Analysis 1-2025

|            | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 |
|------------|------|------|------|------|------|------|------|------|------|------|
| **January**   | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **February**  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **March**     | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **April**     | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **May**       | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **June**      | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **July**      | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **August**    | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **September** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **October**   | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **November**  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **December**  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Totals**    | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |

5/06/25
**Wyndham Vacations Resorts**
Copyright Armstrong Consulting 2025 - All rights reserved.

**Newport Overlook**

## Deferred Expenditures Report

### Analysis 1-2025

|  | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| **January** | 0 | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 |
| **February** | 0 | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 |
| **March** | 0 | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 |
| **April** | 0 | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 |
| **May** | 0 | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 |
| **June** | 0 | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 |
| **July** | 0 | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 |
| **August** | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 | 0 |
| **September** | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 | 0 |
| **October** | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 | 0 |
| **November** | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 | 0 |
| **December** | 0 | 0 | 0 | 51,896 | 51,896 | 51,896 | 51,896 | 51,896 | 0 | 0 |
| **Totals** | **0** | **0** | **0** | **259,480** | **622,752** | **622,752** | **622,752** | **622,752** | **363,272** | **0** |

|  | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 |
|---|---|---|---|---|---|---|---|---|---|---|
| **January** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **February** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **March** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **April** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **May** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **June** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **July** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **August** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **September** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **October** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **November** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **December** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Totals** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |

**Wyndham Vacations Resorts**
Copyright Armstrong Consulting 2025 - All rights reserved.

5/06/25

**Newport Overlook**

## Deferred Expenditures Report

### Analysis 1-2025

|  | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 |
|---|---|---|---|---|---|---|---|---|---|---|
| **January** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **February** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **March** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **April** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **May** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **June** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **July** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **August** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **September** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **October** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **November** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **December** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Totals** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |

5/06/25

**Wyndham Vacations Resorts**
Copyright Armstrong Consulting 2025 - All rights reserved.

# Newport Overlook

## CASHFLOW SUMMARY PROJECTIONS

### Analysis 1-2025

| Year | Beginning Balance | Contribution | Interest Earned | Expenditures | Ending Balance | End Bal % Fund |
|------|------------------|--------------|-----------------|--------------|----------------|----------------|
| 2025 | 950,966.00 | 334,821.72 | 11,840.87 | 545,256.00 | 752,372.59 | 18.71% |
| 2026 | 752,372.59 | 381,696.76 | 19,201.25 | 7,392.00 | 1,145,878.60 | 25.46% |
| 2027 | 1,145,878.60 | 435,134.31 | 27,365.65 | 25,345.00 | 1,583,033.56 | 31.33% |
| 2028 | 1,583,033.56 | 3,246,053.11 | 5,535.53 | 4,381,369.00 | 453,253.20 | 33.01% |
| 2029 | 453,253.20 | 565,500.55 | 6,052.77 | 745,275.00 | 279,531.52 | 15.61% |
| 2030 | 279,531.52 | 644,670.63 | 4,941.35 | 669,359.00 | 259,784.50 | 11.36% |
| 2031 | 259,784.50 | 734,924.52 | 6,294.83 | 631,307.00 | 369,696.85 | 13.11% |
| 2032 | 369,696.85 | 756,972.26 | 4,719.79 | 831,143.00 | 300,245.90 | 9.50% |
| 2033 | 300,245.90 | 779,681.43 | 8,507.54 | 391,275.00 | 697,159.87 | 18.94% |
| 2034 | 697,159.87 | 803,071.87 | 19,636.10 | 158,188.00 | 1,361,679.84 | 33.38% |
| 2035 | 1,361,679.84 | 827,164.03 | 34,115.55 | 118,502.00 | 2,104,457.42 | 46.56% |
| 2036 | 2,104,457.42 | 851,978.95 | 28,280.53 | 1,163,708.00 | 1,821,008.90 | 46.02% |
| 2037 | 1,821,008.90 | 877,538.32 | 39,516.19 | 337,523.00 | 2,400,540.41 | 56.73% |
| 2038 | 2,400,540.41 | 903,864.47 | 53,261.85 | 250,402.00 | 3,107,264.73 | 67.52% |
| 2039 | 3,107,264.73 | 930,980.40 | 62,275.60 | 525,288.00 | 3,575,232.73 | 75.82% |
| 2040 | 3,575,232.73 | 958,909.81 | 77,941.57 | 232,351.00 | 4,379,733.11 | 85.34% |
| 2041 | 4,379,733.11 | 987,677.10 | 99,187.60 | 0.00 | 5,466,597.81 | 94.58% |
| 2042 | 5,466,597.81 | 1,017,307.41 | 121,121.71 | 16,396.00 | 6,588,630.93 | 102.77% |
| 2043 | 6,588,630.93 | 1,047,826.63 | 143,979.97 | 22,664.00 | 7,757,773.53 | 110.24% |
| 2044 | 7,757,773.53 | 1,079,261.43 | 127,030.81 | 2,048,330.00 | 6,915,735.77 | 121.08% |
| 2045 | 6,915,735.77 | 1,111,639.27 | 147,968.92 | 186,643.00 | 7,988,700.96 | 127.77% |
| 2046 | 7,988,700.96 | 1,144,988.45 | 167,396.35 | 315,312.00 | 8,985,773.76 | 134.62% |
| 2047 | 8,985,773.76 | 1,179,338.10 | 193,447.35 | 40,542.00 | 10,318,017.21 | 139.94% |
| 2048 | 10,318,017.21 | 1,214,718.24 | 213,547.83 | 396,247.00 | 11,350,036.28 | 146.77% |
| 2049 | 11,350,036.28 | 1,251,159.79 | 231,269.90 | 570,112.00 | 12,262,353.97 | 154.50% |
| 2050 | 12,262,353.97 | 1,288,694.58 | 260,591.19 | 50,318.00 | 13,761,321.74 | 158.87% |
| 2051 | 13,761,321.74 | 1,327,355.42 | 291,858.34 | 21,397.00 | 15,359,138.50 | 163.11% |
| 2052 | 15,359,138.50 | 1,367,176.08 | 228,456.56 | 4,781,218.00 | 12,173,553.14 | 217.21% |
| 2053 | 12,173,553.14 | 1,408,191.36 | 210,251.68 | 2,519,529.00 | 11,272,467.18 | 271.07% |
| 2054 | 11,272,467.18 | 1,450,437.10 | 234,251.56 | 452,464.00 | 12,504,691.84 | 260.58% |
| **Totals:** | | **30,908,734.10** | **3,079,846.74** | **22,434,855.00** | | |

**Wyndham Vacations Resorts**
Copyright Armstrong Consulting 2025 - All rights reserved.

# Newport Overlook
## CASHFLOW PROJECTIONS GRAPH

### Analysis 1-2025



**Wyndham Vacations Resorts**
Copyright Armstrong Consulting 2025 - All rights reserved.

# PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Electrical Bldg Exterior | | | | 40,044 | | | | | | |
| *Electrical Equipment Replacement | | | | 72,186 | | | | | | |
| *Partition Replacement (Ground and Balcony) | | | | 106,991 | | | | | | |
| ADA Improvements-Exterior | 15,005 | | | | | | | | | |
| Appliance Pkg-(Dish)-Bldg. 1 | | | | 4,034 | | | | | | |
| Appliance Pkg-(Dish)-Bldg. 2 | | | | 3,458 | | | | | | |
| Appliance Pkg-(Dish)-Bldg. 3 | | | | 3,458 | | | | | | |
| Appliance Pkg-(Over/Micro)-Bldg. 1 | | | | 9,462 | | | | | | |
| Appliance Pkg-(Over/Micro)-Bldg. 2 | | | | 8,110 | | | | | | |
| Appliance Pkg-(Over/Micro)-Bldg. 3 | | | | 8,110 | | | | | | |
| Appliance Pkg-(Refrig)-Bldg. 1 | | | | 7,579 | | | | | | |
| Appliance Pkg-(Refrig)-Bldg. 2 | | | | 6,496 | | | | | | |
| Appliance Pkg-(Refrig)-Bldg. 3 | | | | 6,496 | | | | | | |
| Asphalt-Pavement-Overlay/Repairs | | | | 91,794 | | | | | | |
| Asphalt-Pavement-Slurry Seal Coat | | | | | | 7,688 | | | | |
| Attic Stock-Units | | | | 11,343 | | | | | | |
| Bathroom Accessories-Units | | | | 20,094 | | | | | | |
| Bathtub-Standard Tub-Bldg. 1 | | | | 9,681 | | | | | | |
| Bathtub-Standard Tub-Bldg. 2 | | | | 8,298 | | | | | | |
| Bathtub-Standard Tub-Bldg. 3 | | | | 16,596 | | | | | | |
| Bed Top Package (King)-Bldg. 1 | | | | 3,648 | | | | | | |
| Bed Top Package (King)-Bldg. 2 | | | | 3,127 | | | | | | |
| Bed Top Package (King)-Bldg. 3 | | | | 3,127 | | | | | | |
| Bed Top Package (Twin)-Bldg. 1 | | | | 5,704 | | | | | | |
| Bed Top Package (Twin)-Bldg. 2 | | | | 4,889 | | | | | | |
| Bed Top Package (Twin)-Bldg. 3 | | | | 4,889 | | | | | | |
| Cabinets (Bath)-Bldg. 1 | | | | 38,089 | | | | | | |
| Cabinets (Bath)-Bldg. 2 | | | | 32,648 | | | | | | |
| Cabinets (Bath)-Bldg. 3 | | | | 23,942 | | | | | | |
| Cabinets (Kitchen)-Bldg. 1 | | | | 100,401 | | | | | | |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

## PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cabinets (Kitchen)-Bldg. 2 | | | | 86,058 | | | | | | |
| Cabinets (Kitchen)-Bldg. 3 | | | | 86,058 | | | | | | |
| Ceiling Fan-Bldg. 1 | | | | 2,740 | | | | | | |
| Ceiling Fan-Bldg. 2 | | | | 2,349 | | | | | | |
| Chair-Armchair (GBR)-Bldg. 1 | | | | 4,341 | | | | | | |
| Chair-Armchair (GBR)-Bldg. 2 | | | | 3,721 | | | | | | |
| Chair-Armchair (GBR)-Bldg. 3 | | | | 3,721 | | | | | | |
| Chair-Armchair (LR)-Bldg. 3 | | | | 3,721 | | | | | | |
| Chair-Bar Stool-Bldg. 1 | | | | 5,589 | | | | | | |
| Chair-Bar Stool-Bldg. 2 | | | | 4,790 | | | | | | |
| Chair-Dining-Bldg. 1 | | | | 16,767 | | | | | | |
| Chair-Dining-Bldg. 2 | | | | 14,371 | | | | | | |
| Chair-Dining-Bldg. 3 | | | | 14,371 | | | | | | |
| Chair-Lounge (LR)-Bldg. 1 | | | | 12,974 | | | | | | |
| Chair-Lounge (LR)-Bldg. 2 | | | | 11,121 | | | | | | |
| Chair-Lounge (LR)-Bldg. 3 | | | | 11,121 | | | | | | |
| Chair-Lounge (MBR)-Bldg. 1 | | | | 6,487 | | | | | | |
| Chair-Lounge (MBR)-Bldg. 2 | | | | 5,560 | | | | | | |
| Chair-Lounge (MBR)-Bldg. 3 | | | | 5,560 | | | | | | |
| Counters-Bath Vanity (Lam. to Gran.)-Bldg. 1 | | | | 22,818 | | | | | | |
| Counters-Bath Vanity (Lam. to Gran.)-Bldg. 2 | | | | 19,559 | | | | | | |
| Counters-Bath Vanity (Lam. to Gran.)-Bldg. 3 | | | | 14,343 | | | | | | |
| Counters-Kitchen (Lam. to Gran.)-Bldg. 1 | | | | 38,393 | | | | | | |
| Counters-Kitchen (Lam. to Gran.)-Bldg. 2 | | | | 32,909 | | | | | | |
| Counters-Kitchen (Lam. to Gran.)-Bldg. 3 | | | | 32,909 | | | | | | |
| Deferred Expenditure | | | | 259,480 | 622,752 | 622,752 | 622,752 | 622,752 | 363,272 | |
| Doors-Closet-Bldg. 1 | | | | 13,858 | | | | | | |
| Doors-Closet-Bldg. 2 | | | | 12,319 | | | | | | |
| Doors-Closet-Bldg. 3 | | | | 6,929 | | | | | | |
| Doors-Entry-Bldg. 1 | | | | 28,967 | | | | | | |

5/06/25

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

## PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| Doors-Entry-Bldg. 2 | | | | 24,829 | | | | | | |
| Doors-Entry-Bldg. 3 | | | | 24,829 | | | | | | |
| Doors-Garage | | | | 23,237 | | | | | | |
| Doors-Guest Facing Replace-Allowance | | | | | | 20,160 | | | | |
| Doors-Interior-Bldg. 1 | | | | 10,836 | | | | | | |
| Doors-Interior-Bldg. 2 | | | | 11,406 | | | | | | |
| Doors-Interior-Bldg. 3 | | | | 8,555 | | | | | | |
| Doors-Lanai Sliding Glass Doors-Bldg. 1 | | | | 94,675 | | | | | | |
| Doors-Lanai Sliding Glass Doors-Bldg. 2 | | | | 81,150 | | | | | | |
| Doors-Lanai Sliding Glass Doors-Bldg. 3 | | | | 121,725 | | | | | | |
| Dressers-(GBR)-Bldg. 1 | | | | 6,487 | | | | | | |
| Dressers-(GBR)-Bldg. 2 | | | | 5,560 | | | | | | |
| Dressers-(GBR)-Bldg. 3 | | | | 5,560 | | | | | | |
| Dressers-(MSTR)-Bldg. 1 | | | | 8,483 | | | | | | |
| Dressers-(MSTR)-Bldg. 2 | | | | 7,271 | | | | | | |
| Dressers-(MSTR)-Bldg. 3 | | | | 7,271 | | | | | | |
| Entertainment Cabinet-Bldg. 1 | | | | 10,978 | | | | | | |
| Entertainment Cabinet-Bldg. 2 | | | | 9,410 | | | | | | |
| Entertainment Cabinet-Bldg. 3 | | | | 9,410 | | | | | | |
| Fencing-Privacy/End Units | | | | | | | | | 6,348 | |
| Fencing-Wood-Stockade | | | | | 2,351 | | | | | |
| Fireplace Insert-Unit 13 | | | | 2,936 | | | | | | |
| Fixture-Faucet (Tub/Shower)-Bldg. 1 | | | | 6,587 | | | | | | |
| Fixture-Faucet (Tub/Shower)-Bldg. 2 | | | | 5,646 | | | | | | |
| Fixture-Faucet (Tub/Shower)-Bldg. 3 | | | | 5,646 | | | | | | |
| Fixture-Sink/Faucet (Bath)-Bldg. 1 | | | | 11,432 | | | | | | |
| Fixture-Sink/Faucet (Bath)-Bldg. 2 | | | | 9,627 | | | | | | |
| Fixture-Sink/Faucet (Bath)-Bldg. 3 | | | | 10,830 | | | | | | |
| Fixture-Sink/Faucet (Kitchen)-Bldg. 1 | | | | 3,793 | | | | | | |
| Fixture-Sink/Faucet (Kitchen)-Bldg. 2 | | | | 3,251 | | | | | | |

5/06/25

Wyndham Vacations Resorts

Copyright Armstrong Consulting 2025 - All rights reserved.

**PROJECTED EXPENDITURES**

Newport Overlook - Analysis 1-2025

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fixture-Sink/Faucet (Kitchen)-Bldg. 3** | | | | 3,251 | | | | | | |
| **Flooring-Carpet (Units)-Bldg. 1** | | | | 59,749 | | | | | | |
| **Flooring-Carpet (Units)-Bldg. 2** | | | | 51,213 | | | | | | |
| **Flooring-Carpet (Units)-Bldg. 3** | | | | 59,749 | | | | | | |
| **Flooring-LVT-Check-In Bldg.** | | | | | | | 8,555 | | | |
| **Flooring-Tile (Units)-Bldg. 1** | | | | 50,914 | | | | | | |
| **Flooring-Tile (Units)-Bldg. 2** | | | | 43,641 | | | | | | |
| **Flooring-Tile (Units)-Bldg. 3** | | | | 54,122 | | | | | | |
| **General Construction Costs-2028** | | | | 86,767 | | | | | | |
| **Generator-Standby** | 5,219 | | | | | | | | | |
| **Grill-Patio-Bldg. 1** | | | 3,876 | | | 4,236 | | | 4,629 | |
| **Grill-Patio-Bldg. 2** | | | 3,322 | | | 3,631 | | | 3,967 | |
| **Grill-Patio-Bldg. 3** | | | 3,322 | | | 3,631 | | | 3,967 | |
| **Gutters & Downspouts-Bldg. 1** | | | | 7,886 | | | | | | |
| **Gutters & Downspouts-Bldg. 2** | | | | 6,201 | | | | | | |
| **Gutters & Downspouts-Bldg. 3** | | | | 7,751 | | | | | | |
| **Headboard (King)-Bldg. 1** | | | | 5,489 | | | | | | |
| **Headboard (King)-Bldg. 2** | | | | 4,705 | | | | | | |
| **Headboard (King)-Bldg. 3** | | | | 4,705 | | | | | | |
| **Headboard (Twin)-Bldg. 1** | | | | 7,585 | | | | | | |
| **Headboard (Twin)-Bldg. 2** | | | | 6,502 | | | | | | |
| **Headboard (Twin)-Bldg. 3** | | | | 6,502 | | | | | | |
| **HVAC-Heat Pump-Units Ph 1** | 24,822 | | | | | | | | | |
| **HVAC-Heat Pump-Units Ph 2** | 31,028 | | | | | | | | | |
| **HVAC-Heat Pump-Units Ph 3** | 31,028 | | | | | | | | | |
| **HVAC-Heat Pump-Units Ph 4** | 31,028 | | | | | | | | | |
| **HVAC-Split System-1.5 Ton-Check-In Bldg.** | | | | | 3,528 | | | | | |
| **Lift Station-Sewage Pumps** | | | | | | | | | | 19,581 |
| **Lighting-Ceiling Fixture (Kitchen)-Bldg. 1** | | | | 998 | | | | | | |
| **Lighting-Ceiling Fixture (Kitchen)-Bldg. 2** | | | | 798 | | | | | | |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

## PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| Lighting-Ceiling Fixtures-Bldg. 1 | | | | 385 | | | | | | |
| Lighting-Ceiling Fixtures-Bldg. 2 | | | | 3,850 | | | | | | |
| Lighting-Ceiling Fixtures-Bldg. 3 | | | | 6,930 | | | | | | |
| Lighting-Dining Pendant Fixture-Bldg. 1 | | | | 713 | | | | | | |
| Lighting-Dining Pendant Fixture-Bldg. 2 | | | | 713 | | | | | | |
| Lighting-Dining Pendant Fixture-Bldg. 3 | | | | 1,711 | | | | | | |
| Lighting-Exter.-Residential Buildings | | | | 8,597 | | | | | | |
| Lighting-Fluorescent (Kitchen)-Bldg. 3 | | | | 1,540 | | | | | | |
| Lighting-Recessed-Bldg. 1 | | | | 6,987 | | | | | | |
| Lighting-Recessed-Bldg. 2 | | | | 5,989 | | | | | | |
| Lighting-Recessed-Bldg. 3 | | | | 4,791 | | | | | | |
| Lighting-Spot/Accent-Bldg. 1 | | | | 3,992 | | | | | | |
| Lighting-Spot/Accent-Bldg. 2 | | | | 3,194 | | | | | | |
| Lighting-Vanity (Bath)-Bldg. 1 | | | | 5,589 | | | | | | |
| Lighting-Vanity (Bath)-Bldg. 2 | | | | 4,790 | | | | | | |
| Lighting-Vanity (Bath)-Bldg. 3 | | | | 7,186 | | | | | | |
| Lockset-Entry/Garage Doors | 20,268 | | | | | | | | | |
| Mattress/Box Spring (King)-Bldg. 1 | | | | 7,697 | | | | | | |
| Mattress/Box Spring (King)-Bldg. 2 | | | | 6,598 | | | | | | |
| Mattress/Box Spring (King)-Bldg. 3 | | | | 6,598 | | | | | | |
| Mattress/Box Spring (Twin)-Bldg. 1 | | | | 9,202 | | | | | | |
| Mattress/Box Spring (Twin)-Bldg. 2 | | | | 7,888 | | | | | | |
| Mattress/Box Spring (Twin)-Bldg. 3 | | | | 7,888 | | | | | | |
| Mirror-Bath Vanity-Bldg.1 | | | | 7,984 | | | | | | |
| Mirror-Bath Vanity-Bldg.2 | | | | 6,844 | | | | | | |
| Mirror-Bath Vanity-Bldg.3 | | | | 10,265 | | | | | | |
| Mirror-Bedrooms-Bldg. 1 | | | | 4,990 | | | | | | |
| Mirror-Bedrooms-Bldg. 2 | | | | 4,277 | | | | | | |
| Mirror-Bedrooms-Bldg. 3 | | | | 4,277 | | | | | | |
| Paint Walls/Trim (Units)-Bldg. 1 | | | | 86,095 | | | | | | |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

**PROJECTED EXPENDITURES**

Newport Overlook - Analysis 1-2025

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Paint Walls/Trim (Units)-Bldg. 2** | | | | 73,796 | | | | | | |
| **Paint Walls/Trim (Units)-Bldg. 3** | | | | 73,796 | | | | | | |
| **Paint/Waterproof-Exterior-Bldg. 1** | | | | 29,550 | | | | | | |
| **Paint/Waterproof-Exterior-Bldg. 2** | | | | 26,897 | | | | | | |
| **Paint/Waterproof-Exterior-Bldg. 3** | | | | 30,357 | | | | | | |
| **Paint/Waterproof-Exterior-Check-In Bldg.** | | | | 2,896 | | | | | | |
| **Patio/Balcony Furniture-Bldg. 1** | | | | 10,978 | | | | | | |
| **Patio/Balcony Furniture-Bldg. 2** | | | | 9,410 | | | | | | |
| **Patio/Balcony Furniture-Bldg. 3** | | | | 9,410 | | | | | | |
| **Pavement-Brick Walkways/Patio** | | | | | 20,159 | | | | | |
| **Pavement-Concrete Walk/Patios** | | | | | 6,723 | | | | | |
| **Pool Cover-Outdoor Pool** | | | | 5,136 | | | | | | |
| **Pool Deck Coating** | 4,627 | | | | | | | 5,691 | | |
| **Pool Deck Repairs/Replace** | | | 9,775 | | | | | | | |
| **Pool Deck Repairs/Replace-2019** | | | | | 14,784 | | | | | |
| **Pool Equipment-Pumps/Motors** | | | | | 1,762 | | | | | |
| **Pool Equipment-Sand Filter** | 1,305 | | | | | | | | | |
| **Pool Lift-ADA** | 16,962 | | | | | | | | | |
| **Pool-Furniture** | | 7,392 | | | | | | | 9,092 | |
| **Pool-Interior Plaster Resurface** | | | | | 60,439 | | | | | |
| **Roof-Pitched Asph. Shingle-Bldg. 1** | | | | | | | | | | 74,629 |
| **Roof-Pitched Asph. Shingle-Bldg. 2** | | | | | | | | | | 63,978 |
| **Shower Door-Bldg. 1** | | | | 13,972 | | | | | | |
| **Shower Door-Bldg. 2** | | | | 11,976 | | | | | | |
| **Siding Replace-Cedar Shake-Bldg. 1** | | | | 317,052 | | | | | | |
| **Siding Replace-Cedar Shake-Bldg. 2** | | | | 288,587 | | | | | | |
| **Siding Replace-Cedar Shake-Bldg. 3** | | | | 325,716 | | | | | | |
| **Siding Replace-Cedar Shake-Check-In Bldg.** | | | | 31,073 | | | | | | |
| **Sofa/Sleeper (LR)-Bldg. 1** | | | | 18,267 | | | | | | |
| **Sofa/Sleeper (LR)-Bldg. 2** | | | | 15,657 | | | | | | |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

## PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sofa/Sleeper (LR)-Bldg. 3 | | | | 15,657 | | | | | | |
| Spa Equipment-Heater | 2,805 | | | | | | | | | |
| Spa Equipment/Plumbing | | | | | 12,777 | | | | | |
| Spa-Interior Plaster Resurface | | | 5,050 | | | | | | | |
| Table-Coffee -Bldg 1 | | | | 4,491 | | | | | | |
| Table-Coffee -Bldg 2 | | | | 3,850 | | | | | | |
| Table-Coffee -Bldg 3 | | | | 3,850 | | | | | | |
| Table-Dining -Bldg. 1 | | | | 8,483 | | | | | | |
| Table-Dining -Bldg. 2 | | | | 7,271 | | | | | | |
| Table-Dining -Bldg. 3 | | | | 7,271 | | | | | | |
| Table-End (LR)-Bldg. 1 | | | | 3,244 | | | | | | |
| Table-End (LR)-Bldg. 2 | | | | 2,780 | | | | | | |
| Table-End (LR)-Bldg. 3 | | | | 2,780 | | | | | | |
| Table-End/Round (LR)-Bldg. 3 | | | | 2,780 | | | | | | |
| Table-Nightstands-(GST BR)-Bldg. 1 | | | | 3,653 | | | | | | |
| Table-Nightstands-(GST BR)-Bldg. 2 | | | | 3,131 | | | | | | |
| Table-Nightstands-(GST BR)-Bldg. 3 | | | | 3,131 | | | | | | |
| Table-Nightstands-(MBR)-Bldg 1 | | | | 7,307 | | | | | | |
| Table-Nightstands-(MBR)-Bldg 2 | | | | 6,263 | | | | | | |
| Table-Nightstands-(MBR)-Bldg 3 | | | | 6,263 | | | | | | |
| Telephone/PBX Switch | 141,110 | | | | | | | | | |
| Television-BR-Bldg. 1 | | | | 13,693 | | | | | | |
| Television-BR-Bldg. 2 | | | | 11,737 | | | | | | |
| Television-BR-Bldg. 3 | | | | 11,737 | | | | | | |
| Television-LR-Bldg. 1 | | | | 9,100 | | | | | | |
| Television-LR-Bldg. 2 | | | | 7,800 | | | | | | |
| Television-LR-Bldg. 3 | | | | 7,800 | | | | | | |
| Tile Backsplash (Kitchen)-Bldg. 1 | | | | 5,090 | | | | | | |
| Tile Backsplash (Kitchen)-Bldg. 2 | | | | 4,363 | | | | | | |
| Tile Backsplash (Kitchen)-Bldg. 3 | | | | 4,363 | | | | | | |

5/06/25

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

## PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Tile Surround-Tub/Shower Conversion-Bldg. 1** | | | | 10,978 | | | | | | |
| **Tile Surround-Tub/Shower Conversion-Bldg. 2** | | | | 9,410 | | | | | | |
| **Tile Surround-Tub/Shower Conversion-Bldg. 3** | | | | 18,820 | | | | | | |
| **Tile Surround/Shower Conversion-Bldg. 1** | | | | 14,471 | | | | | | |
| **Tile Surround/Shower Conversion-Bldg. 2** | | | | 12,404 | | | | | | |
| **Tile Surround/Shower Conversion-Bldg. 3** | | | | 12,404 | | | | | | |
| **Toilets-Bldg. 1** | | | | 11,378 | | | | | | |
| **Toilets-Bldg. 2** | | | | 9,752 | | | | | | |
| **Toilets-Bldg. 3** | | | | 14,628 | | | | | | |
| **Washer/Dryer-Bldg. 1 & 2** | 22,201 | | | | | | | | | |
| **Washer/Dryer-Bldg. 3** | 10,246 | | | | | | | | | |
| **Water Heaters-Units** | 22,802 | | | | | | | | | |
| **Water Heaters-Units (4 Units)** | | | | | | 7,261 | | | | |
| **Wifi Upgrade** | 164,800 | | | | | | | 202,700 | | |
| **Window Treatments-Roller Shades-Bldg. 1** | | | | 31,937 | | | | | | |
| **Window Treatments-Roller Shades-Bldg. 2** | | | | 27,375 | | | | | | |
| **Window Treatments-Roller Shades-Bldg. 3** | | | | 20,531 | | | | | | |
| **Wine Cabinet-(LR)-Bldg. 1** | | | | 17,965 | | | | | | |
| **Wine Cabinet-(LR)-Bldg. 2** | | | | 15,398 | | | | | | |
| **Wine Cabinet-(LR)-Bldg. 3** | | | | 15,398 | | | | | | |
| **Totals** | 545,256 | 7,392 | 25,345 | 4,381,369 | 745,275 | 669,359 | 631,307 | 831,143 | 391,275 | 158,188 |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

**PROJECTED EXPENDITURES**

Newport Overlook - Analysis 1-2025

| | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Appliance Pkg-(Dish)-Bldg. 1** | | 5,111 | | | | | | | | 6,475 |
| **Appliance Pkg-(Dish)-Bldg. 2** | | 4,381 | | | | | | | | 5,550 |
| **Appliance Pkg-(Dish)-Bldg. 3** | | 4,381 | | | | | | | | 5,550 |
| **Appliance Pkg-(Over/Micro)-Bldg. 1** | | | | | | | | | | 15,189 |
| **Appliance Pkg-(Over/Micro)-Bldg. 2** | | | | | | | | | | 13,019 |
| **Appliance Pkg-(Over/Micro)-Bldg. 3** | | | | | | | | | | 13,019 |
| **Appliance Pkg-(Refrig)-Bldg. 1** | | | | | | | | | | 12,166 |
| **Appliance Pkg-(Refrig)-Bldg. 2** | | | | | | | | | | 10,428 |
| **Appliance Pkg-(Refrig)-Bldg. 3** | | | | | | | | | | 10,428 |
| **Artwork/Décor-Bldg. 1** | | | | | | | | | | 24,432 |
| **Artwork/Décor-Bldg. 2** | | | | | | | | | | 20,941 |
| **Artwork/Décor-Bldg.3** | | | | | | | | | | 20,941 |
| **Asphalt-Pavement-Slurry Seal Coat** | 8,913 | | | | | 10,333 | | | | |
| **Attic Stock-Units** | | 14,372 | | | | | | | | 18,209 |
| **Bathroom Accessories-Units** | | | | | | | | | | 32,255 |
| **Bed Frames (King)-Bldg. 1** | | 1,378 | | | | | | | | |
| **Bed Frames (King)-Bldg. 2** | | 1,181 | | | | | | | | |
| **Bed Frames (King)-Bldg. 3** | | 1,181 | | | | | | | | |
| **Bed Frames (Twin)-Bldg. 1** | | 2,296 | | | | | | | | |
| **Bed Frames (Twin)-Bldg. 2** | | 1,968 | | | | | | | | |
| **Bed Frames (Twin)-Bldg. 3** | | 1,968 | | | | | | | | |
| **Bed Top Package (King)-Bldg. 1** | | 4,622 | | | | | | | | 5,856 |
| **Bed Top Package (King)-Bldg. 2** | | 3,961 | | | | | | | | 5,019 |
| **Bed Top Package (King)-Bldg. 3** | | 3,961 | | | | | | | | 5,019 |
| **Bed Top Package (Twin)-Bldg. 1** | | 7,227 | | | | | | | | 9,156 |
| **Bed Top Package (Twin)-Bldg. 2** | | 6,195 | | | | | | | | 7,848 |
| **Bed Top Package (Twin)-Bldg. 3** | | 6,195 | | | | | | | | 7,848 |
| **Cabinets/Counters-Pod-Check-In Bldg.** | | | | | 21,679 | | | | | |
| **Ceiling Fan-Bldg. 1** | | | | | | | | | | 4,398 |
| **Ceiling Fan-Bldg. 2** | | | | | | | | | | 3,770 |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

## PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Chair-Armchair (GBR)-Bldg. 1** | | 5,501 | | | | | | | | 6,969 |
| **Chair-Armchair (GBR)-Bldg. 2** | | 4,715 | | | | | | | | 5,973 |
| **Chair-Armchair (GBR)-Bldg. 3** | | 4,715 | | | | | | | | 5,973 |
| **Chair-Armchair (LR)-Bldg. 3** | | 4,715 | | | | | | | | 5,973 |
| **Chair-Bar Stool-Bldg. 1** | | | | | | | | | | 8,971 |
| **Chair-Bar Stool-Bldg. 2** | | | | | | | | | | 7,690 |
| **Chair-Dining-Bldg. 1** | | | | | | | | | | 26,914 |
| **Chair-Dining-Bldg. 2** | | | | | | | | | | 23,069 |
| **Chair-Dining-Bldg. 3** | | | | | | | | | | 23,069 |
| **Chair-Lounge (LR)-Bldg. 1** | | 16,438 | | | | | | | | 20,827 |
| **Chair-Lounge (LR)-Bldg. 2** | | 14,090 | | | | | | | | 17,852 |
| **Chair-Lounge (LR)-Bldg. 3** | | 14,090 | | | | | | | | 17,852 |
| **Chair-Lounge (MBR)-Bldg. 1** | | 8,219 | | | | | | | | 10,413 |
| **Chair-Lounge (MBR)-Bldg. 2** | | 7,045 | | | | | | | | 8,926 |
| **Chair-Lounge (MBR)-Bldg. 3** | | 7,045 | | | | | | | | 8,926 |
| **Doors-Exterior/MEP Rooms** | | | | | | | | | | 5,722 |
| **Doors-Guest Facing Replace-Allowance** | 23,373 | | | | | 27,098 | | | | |
| **Dressers-(GBR)-Bldg. 1** | | | | | | | | | | 10,413 |
| **Dressers-(GBR)-Bldg. 2** | | | | | | | | | | 8,926 |
| **Dressers-(GBR)-Bldg. 3** | | | | | | | | | | 8,926 |
| **Dressers-(MSTR)-Bldg. 1** | | | | | | | | | | 13,617 |
| **Dressers-(MSTR)-Bldg. 2** | | | | | | | | | | 11,672 |
| **Dressers-(MSTR)-Bldg. 3** | | | | | | | | | | 11,672 |
| **Entertainment Cabinet-Bldg. 1** | | | | | | | | | | 17,623 |
| **Entertainment Cabinet-Bldg. 2** | | | | | | | | | | 15,105 |
| **Entertainment Cabinet-Bldg. 3** | | | | | | | | | | 15,105 |
| **Fence-Metal-Pool Area** | | | | | 28,486 | | | | | |
| **Fencing-Privacy/End Units** | | | | | | | | | 8,532 | |
| **Fencing-Wood-Stockade** | | | | | | | | | | 3,664 |
| **Fixture-Sink/Faucet (Kitchen)-Bldg. 1** | | | | | | | | | | 6,088 |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

**PROJECTED EXPENDITURES**

Newport Overlook - Analysis 1-2025

| | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 |
|---|---|---|---|---|---|---|---|---|---|---|
| Fixture-Sink/Faucet (Kitchen)-Bldg. 2 | | | | | | | | | | 5,218 |
| Fixture-Sink/Faucet (Kitchen)-Bldg. 3 | | | | | | | | | | 5,218 |
| Flooring-Carpet (Units)-Bldg. 1 | | 75,700 | | | | | | | | 95,911 |
| Flooring-Carpet (Units)-Bldg. 2 | | 64,886 | | | | | | | | 82,209 |
| Flooring-Carpet (Units)-Bldg. 3 | | 75,700 | | | | | | | | 95,911 |
| Flooring-LVT-Check-In Bldg. | | | | | | | | | 12,200 | |
| Grill-Patio-Bldg. 1 | | 5,058 | | | 5,527 | | | 6,040 | | |
| Grill-Patio-Bldg. 2 | | 4,335 | | | 4,738 | | | 5,178 | | |
| Grill-Patio-Bldg. 3 | | 4,335 | | | 4,738 | | | 5,178 | | |
| Headboard (King)-Bldg. 1 | | | | | | | | | | 8,811 |
| Headboard (King)-Bldg. 2 | | | | | | | | | | 7,553 |
| Headboard (King)-Bldg. 3 | | | | | | | | | | 7,553 |
| Headboard (Twin)-Bldg. 1 | | | | | | | | | | 12,176 |
| Headboard (Twin)-Bldg. 2 | | | | | | | | | | 10,436 |
| Headboard (Twin)-Bldg. 3 | | | | | | | | | | 10,436 |
| HVAC-Heat Pump-Units Ph 1 | | | | | | 38,681 | | | | |
| HVAC-Heat Pump-Units Ph 2 | | | | | | 48,352 | | | | |
| HVAC-Heat Pump-Units Ph 3 | | | | | | 48,352 | | | | |
| HVAC-Heat Pump-Units Ph 4 | | | | | | 48,352 | | | | |
| HVAC-Split System-1.5 Ton-Check-In Bldg. | | | | | 4,742 | | | | | |
| Lift Station-Sewage Pumps | | | | | | | | | | 26,320 |
| Light Fixtures/Poles | | | | | 29,611 | | | | | |
| Lighting-Ceiling Fixture (Kitchen)-Bldg. 1 | | | | | | | | | | 1,602 |
| Lighting-Ceiling Fixture (Kitchen)-Bldg. 2 | | | | | | | | | | 1,282 |
| Lighting-Ceiling Fixtures-Bldg. 1 | | | | | | | | | | 618 |
| Lighting-Ceiling Fixtures-Bldg. 2 | | | | | | | | | | 6,180 |
| Lighting-Ceiling Fixtures-Bldg. 3 | | | | | | | | | | 11,124 |
| Lighting-Check-In Bldg. | | | | | | | | | 1,932 | |
| Lighting-Dining Pendant Fixture-Bldg. 1 | | | | | | | | | | 1,144 |
| Lighting-Dining Pendant Fixture-Bldg. 2 | | | | | | | | | | 1,144 |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

## PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Lighting-Dining Pendant Fixture-Bldg. 3** | | | | | | | | | | 2,746 |
| **Lighting-Floor Lamp-BR-Bldg. 1** | | 1,447 | | | | | | | | |
| **Lighting-Floor Lamp-BR-Bldg. 2** | | 1,157 | | | | | | | | |
| **Lighting-Floor Lamp-BR-Bldg. 3** | | 3,472 | | | | | | | | |
| **Lighting-Floor Lamp-LR-Bldg. 1** | | 2,025 | | | | | | | | |
| **Lighting-Floor Lamp-LR-Bldg. 2** | | 1,736 | | | | | | | | |
| **Lighting-Floor Lamp-LR-Bldg. 3** | | 1,736 | | | | | | | | |
| **Lighting-Fluorescent (Kitchen)-Bldg. 3** | | | | | | | | | | 2,472 |
| **Lighting-Stair Pendant Fixture-Bldg. 1** | | 361 | | | | | | | | |
| **Lighting-Stair Pendant Fixture-Bldg. 2** | | 361 | | | | | | | | |
| **Lighting-Stair Pendant Fixture-Bldg. 3** | | 2,710 | | | | | | | | |
| **Lighting-Table Lamp-LR/BR-Bldg. 1** | | 7,258 | | | | | | | | |
| **Lighting-Table Lamp-LR/BR-Bldg. 2** | | 6,221 | | | | | | | | |
| **Lighting-Table Lamp-LR/BR-Bldg. 3** | | 6,221 | | | | | | | | |
| **Lockset-Entry/Garage Doors** | 27,243 | | | | | | | | | |
| **Mattress/Box Spring (King)-Bldg. 1** | | 9,752 | | | | | | | | 12,356 |
| **Mattress/Box Spring (King)-Bldg. 2** | | 8,359 | | | | | | | | 10,591 |
| **Mattress/Box Spring (King)-Bldg. 3** | | 8,359 | | | | | | | | 10,591 |
| **Mattress/Box Spring (Twin)-Bldg. 1** | | 11,659 | | | | | | | | 14,772 |
| **Mattress/Box Spring (Twin)-Bldg. 2** | | 9,993 | | | | | | | | 12,661 |
| **Mattress/Box Spring (Twin)-Bldg. 3** | | 9,993 | | | | | | | | 12,661 |
| **Mirror-Bath Vanity-Bldg.1** | | | | | | | | | | 12,817 |
| **Mirror-Bath Vanity-Bldg.2** | | | | | | | | | | 10,986 |
| **Mirror-Bath Vanity-Bldg.3** | | | | | | | | | | 16,478 |
| **Mirror-Bedrooms-Bldg. 1** | | | | | | | | | | 8,010 |
| **Mirror-Bedrooms-Bldg. 2** | | | | | | | | | | 6,866 |
| **Mirror-Bedrooms-Bldg. 3** | | | | | | | | | | 6,866 |
| **Paint Ceilings (Units)-Bldg. 1** | | 45,426 | | | | | | | | |
| **Paint Ceilings (Units)-Bldg. 2** | | 38,937 | | | | | | | | |
| **Paint Ceilings (Units)-Bldg. 3** | | 38,937 | | | | | | | | |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

## PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Paint Walls/Trim (Units)-Bldg. 1** | | 109,081 | | | | | | | | 138,203 |
| **Paint Walls/Trim (Units)-Bldg. 2** | | 93,498 | | | | | | | | 118,459 |
| **Paint Walls/Trim (Units)-Bldg. 3** | | 93,498 | | | | | | | | 118,459 |
| **Paint/Waterproof-Exterior-Bldg. 1** | | | | 39,722 | | | | | | |
| **Paint/Waterproof-Exterior-Bldg. 2** | | | | 36,156 | | | | | | |
| **Paint/Waterproof-Exterior-Bldg. 3** | | | | 40,807 | | | | | | |
| **Paint/Waterproof-Exterior-Check-In Bldg.** | | | | 3,893 | | | | | | |
| **Patio/Balcony Deck Railings- Bldg. 1** | | | | 6,275 | | | | | | |
| **Patio/Balcony Deck Railings-Bldg. 2** | | | | 5,020 | | | | | | |
| **Patio/Balcony Deck Railings-Bldg. 3** | | | | 7,530 | | | | | | |
| **Patio/Balcony Deck Replace-Bldg. 1** | | | | 34,698 | | | | | | |
| **Patio/Balcony Deck Replace-Bldg. 2** | | | | 27,759 | | | | | | |
| **Patio/Balcony Deck Replace-Bldg. 3** | | | | 41,638 | | | | | | |
| **Patio/Balcony Furniture-Bldg. 1** | | | | | | | | | | 17,623 |
| **Patio/Balcony Furniture-Bldg. 2** | | | | | | | | | | 15,105 |
| **Patio/Balcony Furniture-Bldg. 3** | | | | | | | | | | 15,105 |
| **Pavement-Brick Walkways/Patio** | | | | | 27,096 | | | | | |
| **Pavement-Concrete Walk/Patios** | | | | | 9,037 | | | | | |
| **Pool Cover-Outdoor Pool** | | | | 6,904 | | | | | | |
| **Pool Deck Coating** | | | | | 7,000 | | | | | |
| **Pool Deck Repairs/Replace** | | | 13,140 | | | | | | | |
| **Pool Deck Repairs/Replace-2019** | | | | | 19,872 | | | | | |
| **Pool Equipment-Pumps/Motors** | | | | | 2,369 | | | | | |
| **Pool Equipment-Sand Filter** | 1,754 | | | | | | | | | |
| **Pool Lift-ADA** | 22,799 | | | | | | | | | |
| **Pool Tile Band/Trim-Outdoor Pool** | | 8,649 | | | | | | | | |
| **Pool-Furniture** | | | | | | 11,183 | | | | |
| **Pool-Interior Plaster Resurface** | | | | | 81,238 | | | | | |
| **Retaining Wall-Flagstone** | | 13,538 | | | | | | | | |
| **Roof-Flat Rubber Membrane-Check-In Bldg.** | | | | | 12,646 | | | | | |

5/06/25

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

**PROJECTED EXPENDITURES**

**Newport Overlook - Analysis 1-2025**

| | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 |
|---|---|---|---|---|---|---|---|---|---|---|
| Roof-Pitched Asph. Shingle-Bldg. 3 | | | 70,084 | | | | | | | |
| Sofa/Sleeper (LR)-Bldg. 1 | | 23,144 | | | | | | | | 29,322 |
| Sofa/Sleeper (LR)-Bldg. 2 | | 19,837 | | | | | | | | 25,133 |
| Sofa/Sleeper (LR)-Bldg. 3 | | 19,837 | | | | | | | | 25,133 |
| Spa Equipment-Heater | 3,771 | | | | | | | | | |
| Spa Equipment/Plumbing | | | | | 17,174 | | | | | |
| Spa-Interior Plaster Resurface | | | 6,788 | | | | | | | |
| Table-Coffee -Bldg 1 | | | | | | | | | | 7,209 |
| Table-Coffee -Bldg 2 | | | | | | | | | | 6,179 |
| Table-Coffee -Bldg 3 | | | | | | | | | | 6,179 |
| Table-Dining -Bldg. 1 | | | | | | | | | | 13,617 |
| Table-Dining -Bldg. 2 | | | | | | | | | | 11,672 |
| Table-Dining -Bldg. 3 | | | | | | | | | | 11,672 |
| Table-End (LR)-Bldg. 1 | | | | | | | | | | 5,207 |
| Table-End (LR)-Bldg. 2 | | | | | | | | | | 4,463 |
| Table-End (LR)-Bldg. 3 | | | | | | | | | | 4,463 |
| Table-End/Round (LR)-Bldg. 3 | | | | | | | | | | 4,463 |
| Table-Nightstands-(GST BR)-Bldg. 1 | | | | | | | | | | 5,864 |
| Table-Nightstands-(GST BR)-Bldg. 2 | | | | | | | | | | 5,027 |
| Table-Nightstands-(GST BR)-Bldg. 3 | | | | | | | | | | 5,027 |
| Table-Nightstands-(MBR)-Bldg 1 | | | | | | | | | | 11,729 |
| Table-Nightstands-(MBR)-Bldg 2 | | | | | | | | | | 10,053 |
| Table-Nightstands-(MBR)-Bldg 3 | | | | | | | | | | 10,053 |
| Telephone/PBX Switch | | | 201,238 | | | | | | | |
| Television-BR-Bldg. 1 | | 17,349 | | | | | | | | 21,980 |
| Television-BR-Bldg. 2 | | 14,870 | | | | | | | | 18,840 |
| Television-BR-Bldg. 3 | | 14,870 | | | | | | | | 18,840 |
| Television-LR-Bldg. 1 | | 11,529 | | | | | | | | 14,607 |
| Television-LR-Bldg. 2 | | 9,882 | | | | | | | | 12,520 |
| Television-LR-Bldg. 3 | | 9,882 | | | | | | | | 12,520 |

5/06/25

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

**PROJECTED EXPENDITURES**

Newport Overlook - Analysis 1-2025

| | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Washer/Dryer-Bldg. 1 & 2** | | | 31,660 | | | | | | | |
| **Washer/Dryer-Bldg. 3** | | | 14,613 | | | | | | | |
| **Water Heaters-Units** | 30,649 | | | | | | | | | |
| **Wifi Upgrade** | | | | | 249,335 | | | | | |
| **Window Treatments-Roller Shades-Bldg. 1** | | 40,464 | | | | | | | | 51,266 |
| **Window Treatments-Roller Shades-Bldg. 2** | | 34,683 | | | | | | | | 43,943 |
| **Window Treatments-Roller Shades-Bldg. 3** | | 26,012 | | | | | | | | 32,957 |
| **Wine Cabinet-(LR)-Bldg. 1** | | | | | | | | | | 28,837 |
| **Wine Cabinet-(LR)-Bldg. 2** | | | | | | | | | | 24,718 |
| **Wine Cabinet-(LR)-Bldg. 3** | | | | | | | | | | 24,718 |
| **Totals** | 118,502 | 1,163,708 | 337,523 | 250,402 | 525,288 | 232,351 | 0 | 16,396 | 22,664 | 2,048,330 |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

## PROJECTED EXPENDITURES
### Newport Overlook - Analysis 1-2025

| | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Appliance Pkg-(Dish)-Bldg. 1** | | | | | | | | 8,204 | | |
| **Appliance Pkg-(Dish)-Bldg. 2** | | | | | | | | 7,032 | | |
| **Appliance Pkg-(Dish)-Bldg. 3** | | | | | | | | 7,032 | | |
| **Asphalt-Pavement-Overlay/Repairs** | | | | 165,857 | | | | | | |
| **Asphalt-Pavement-Slurry Seal Coat** | 11,981 | | | | | 13,891 | | | | |
| **Attic Stock-Units** | | | | | | | | 23,070 | | |
| **Bathtub-Standard Tub-Bldg. 1** | | | | | | | | 19,689 | | |
| **Bathtub-Standard Tub-Bldg. 2** | | | | | | | | 16,876 | | |
| **Bathtub-Standard Tub-Bldg. 3** | | | | | | | | 33,753 | | |
| **Bed Frames (King)-Bldg. 1** | | | | | | | | 2,211 | | |
| **Bed Frames (King)-Bldg. 2** | | | | | | | | 1,895 | | |
| **Bed Frames (King)-Bldg. 3** | | | | | | | | 1,895 | | |
| **Bed Frames (Twin)-Bldg. 1** | | | | | | | | 3,685 | | |
| **Bed Frames (Twin)-Bldg. 2** | | | | | | | | 3,159 | | |
| **Bed Frames (Twin)-Bldg. 3** | | | | | | | | 3,159 | | |
| **Bed Top Package (King)-Bldg. 1** | | | | | | | | 7,419 | | |
| **Bed Top Package (King)-Bldg. 2** | | | | | | | | 6,359 | | |
| **Bed Top Package (King)-Bldg. 3** | | | | | | | | 6,359 | | |
| **Bed Top Package (Twin)-Bldg. 1** | | | | | | | | 11,601 | | |
| **Bed Top Package (Twin)-Bldg. 2** | | | | | | | | 9,944 | | |
| **Bed Top Package (Twin)-Bldg. 3** | | | | | | | | 9,944 | | |
| **Cabinets (Bath)-Bldg. 1** | | | | | | | | 77,465 | | |
| **Cabinets (Bath)-Bldg. 2** | | | | | | | | 66,399 | | |
| **Cabinets (Bath)-Bldg. 3** | | | | | | | | 48,692 | | |
| **Cabinets (Kitchen)-Bldg. 1** | | | | | | | | 204,193 | | |
| **Cabinets (Kitchen)-Bldg. 2** | | | | | | | | 175,023 | | |
| **Cabinets (Kitchen)-Bldg. 3** | | | | | | | | 175,023 | | |
| **Chair-Armchair (GBR)-Bldg. 1** | | | | | | | | 8,830 | | |
| **Chair-Armchair (GBR)-Bldg. 2** | | | | | | | | 7,568 | | |
| **Chair-Armchair (GBR)-Bldg. 3** | | | | | | | | 7,568 | | |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

## PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Chair-Armchair (LR)-Bldg. 3** | | | | | | | | 7,568 | | |
| **Chair-Lounge (LR)-Bldg. 1** | | | | | | | | 26,387 | | |
| **Chair-Lounge (LR)-Bldg. 2** | | | | | | | | 22,617 | | |
| **Chair-Lounge (LR)-Bldg. 3** | | | | | | | | 22,617 | | |
| **Chair-Lounge (MBR)-Bldg. 1** | | | | | | | | 13,194 | | |
| **Chair-Lounge (MBR)-Bldg. 2** | | | | | | | | 11,309 | | |
| **Chair-Lounge (MBR)-Bldg. 3** | | | | | | | | 11,309 | | |
| **Counters-Bath Vanity (Lam. to Gran.)-Bldg. 1** | | | | | | | | 46,408 | | |
| **Counters-Bath Vanity (Lam. to Gran.)-Bldg. 2** | | | | | | | | 39,778 | | |
| **Counters-Bath Vanity (Lam. to Gran.)-Bldg. 3** | | | | | | | | 29,170 | | |
| **Counters-Kitchen (Lam. to Gran.)-Bldg. 1** | | | | | | | | 78,084 | | |
| **Counters-Kitchen (Lam. to Gran.)-Bldg. 2** | | | | | | | | 66,929 | | |
| **Counters-Kitchen (Lam. to Gran.)-Bldg. 3** | | | | | | | | 66,929 | | |
| **Doors-Closet-Bldg. 1** | | | | | | | | 28,185 | | |
| **Doors-Closet-Bldg. 2** | | | | | | | | 25,053 | | |
| **Doors-Closet-Bldg. 3** | | | | | | | | 14,093 | | |
| **Doors-Entry-Bldg. 1** | | | | | | | | 58,912 | | |
| **Doors-Entry-Bldg. 2** | | | | | | | | 50,496 | | |
| **Doors-Entry-Bldg. 3** | | | | | | | | 50,496 | | |
| **Doors-Guest Facing Replace-Allowance** | 31,419 | | | | | 36,427 | | | | |
| **Doors-Interior-Bldg. 1** | | | | | | | | 22,038 | | |
| **Doors-Interior-Bldg. 2** | | | | | | | | 23,198 | | |
| **Doors-Interior-Bldg. 3** | | | | | | | | 17,398 | | |
| **Doors-Lanai Sliding Glass Doors-Bldg. 1** | | | | | | | | 192,549 | | |
| **Doors-Lanai Sliding Glass Doors-Bldg. 2** | | | | | | | | 165,042 | | |
| **Doors-Lanai Sliding Glass Doors-Bldg. 3** | | | | | | | | 247,563 | | |
| **Fencing-Privacy/End Units** | | | | | | | | | 11,470 | |
| **Fireplace Insert-Unit 13** | | | | | | | | 5,971 | | |
| **Fixture-Faucet (Tub/Shower)-Bldg. 1** | | | | | | | | 13,397 | | |
| **Fixture-Faucet (Tub/Shower)-Bldg. 2** | | | | | | | | 11,483 | | |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

# PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fixture-Faucet (Tub/Shower)-Bldg. 3** | | | | | | | | 11,483 | | |
| **Fixture-Sink/Faucet (Bath)-Bldg. 1** | | | | | | | | 23,250 | | |
| **Fixture-Sink/Faucet (Bath)-Bldg. 2** | | | | | | | | 19,579 | | |
| **Fixture-Sink/Faucet (Bath)-Bldg. 3** | | | | | | | | 22,026 | | |
| **Flooring-Carpet (Units)-Bldg. 1** | | | | | | | | 121,516 | | |
| **Flooring-Carpet (Units)-Bldg. 2** | | | | | | | | 104,157 | | |
| **Flooring-Carpet (Units)-Bldg. 3** | | | | | | | | 121,516 | | |
| **Flooring-Tile (Units)-Bldg. 1** | | | | | | | | 103,548 | | |
| **Flooring-Tile (Units)-Bldg. 2** | | | | | | | | 88,756 | | |
| **Flooring-Tile (Units)-Bldg. 3** | | | | | | | | 110,072 | | |
| **Generator-Standby** | 9,430 | | | | | | | | | |
| **Grill-Patio-Bldg. 1** | 6,601 | | | 7,213 | | | 7,883 | | | 8,614 |
| **Grill-Patio-Bldg. 2** | 5,658 | | | 6,183 | | | 6,757 | | | 7,384 |
| **Grill-Patio-Bldg. 3** | 5,658 | | | 6,183 | | | 6,757 | | | 7,384 |
| **Gutters & Downspouts-Bldg. 1** | | | | 14,248 | | | | | | |
| **Gutters & Downspouts-Bldg. 2** | | | | 11,204 | | | | | | |
| **Gutters & Downspouts-Bldg. 3** | | | | 14,005 | | | | | | |
| **HVAC-Split System-1.5 Ton-Check-In Bldg.** | | | | | 6,375 | | | | | |
| **Lift Station-Sewage Pumps** | | | | | | | | | | 35,380 |
| **Lighting-Exter.-Residential Buildings** | | | | | | | | 17,484 | | |
| **Lighting-Floor Lamp-BR-Bldg. 1** | | | | | | | | 2,322 | | |
| **Lighting-Floor Lamp-BR-Bldg. 2** | | | | | | | | 1,858 | | |
| **Lighting-Floor Lamp-BR-Bldg. 3** | | | | | | | | 5,573 | | |
| **Lighting-Floor Lamp-LR-Bldg. 1** | | | | | | | | 3,251 | | |
| **Lighting-Floor Lamp-LR-Bldg. 2** | | | | | | | | 2,786 | | |
| **Lighting-Floor Lamp-LR-Bldg. 3** | | | | | | | | 2,786 | | |
| **Lighting-Recessed-Bldg. 1** | | | | | | | | 14,209 | | |
| **Lighting-Recessed-Bldg. 2** | | | | | | | | 12,179 | | |
| **Lighting-Recessed-Bldg. 3** | | | | | | | | 9,744 | | |
| **Lighting-Spot/Accent-Bldg. 1** | | | | | | | | 8,120 | | |

5/06/25

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

### PROJECTED EXPENDITURES

#### Newport Overlook - Analysis 1-2025

| | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Lighting-Spot/Accent-Bldg. 2** | | | | | | | | 6,496 | | |
| **Lighting-Table Lamp-LR/BR-Bldg. 1** | | | | | | | | 11,650 | | |
| **Lighting-Table Lamp-LR/BR-Bldg. 2** | | | | | | | | 9,986 | | |
| **Lighting-Table Lamp-LR/BR-Bldg. 3** | | | | | | | | 9,986 | | |
| **Lighting-Vanity (Bath)-Bldg. 1** | | | | | | | | 11,367 | | |
| **Lighting-Vanity (Bath)-Bldg. 2** | | | | | | | | 9,743 | | |
| **Lighting-Vanity (Bath)-Bldg. 3** | | | | | | | | 14,614 | | |
| **Lockset-Entry/Garage Doors** | 36,621 | | | | | | | | | |
| **Mattress/Box Spring (King)-Bldg. 1** | | | | | | | | 15,655 | | |
| **Mattress/Box Spring (King)-Bldg. 2** | | | | | | | | 13,418 | | |
| **Mattress/Box Spring (King)-Bldg. 3** | | | | | | | | 13,418 | | |
| **Mattress/Box Spring (Twin)-Bldg. 1** | | | | | | | | 18,715 | | |
| **Mattress/Box Spring (Twin)-Bldg. 2** | | | | | | | | 16,042 | | |
| **Mattress/Box Spring (Twin)-Bldg. 3** | | | | | | | | 16,042 | | |
| **Paint Ceilings (Units)-Bldg. 1** | | | | | | | | 72,919 | | |
| **Paint Ceilings (Units)-Bldg. 2** | | | | | | | | 62,502 | | |
| **Paint Ceilings (Units)-Bldg. 3** | | | | | | | | 62,502 | | |
| **Paint Walls/Trim (Units)-Bldg. 1** | | | | | | | | 175,099 | | |
| **Paint Walls/Trim (Units)-Bldg. 2** | | | | | | | | 150,085 | | |
| **Paint Walls/Trim (Units)-Bldg. 3** | | | | | | | | 150,085 | | |
| **Paint/Waterproof-Exterior-Bldg. 1** | | | | 53,392 | | | | | | |
| **Paint/Waterproof-Exterior-Bldg. 2** | | | | 48,598 | | | | | | |
| **Paint/Waterproof-Exterior-Bldg. 3** | | | | 54,851 | | | | | | |
| **Paint/Waterproof-Exterior-Check-In Bldg.** | | | | 5,233 | | | | | | |
| **Pavement-Brick Walkways/Patio** | | | | | 36,424 | | | | | |
| **Pavement-Concrete Walk/Patios** | | | | | 12,148 | | | | | |
| **Pool Cover-Outdoor Pool** | | | | 9,280 | | | | | | |
| **Pool Deck Coating** | | 8,611 | | | | | | | 10,592 | |
| **Pool Deck Repairs/Replace** | | | 17,662 | | | | | | | |
| **Pool Deck Repairs/Replace-2019** | | | | | 26,713 | | | | | |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

# PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pool Equipment-Pumps/Motors** | | | | | 3,184 | | | | | |
| **Pool Equipment-Sand Filter** | 2,358 | | | | | | | | | |
| **Pool Lift-ADA** | 30,648 | | | | | | | | | |
| **Pool-Furniture** | | | 13,756 | | | | | | | 16,921 |
| **Pool-Interior Plaster Resurface** | | | | | 109,204 | | | | | |
| **Roof-Pitched Asph. Shingle-Bldg. 1** | | | | | | | | | | 134,842 |
| **Roof-Pitched Asph. Shingle-Bldg. 2** | | | | | | | | | | 115,599 |
| **Shower Door-Bldg. 1** | | | | | | | | 28,417 | | |
| **Shower Door-Bldg. 2** | | | | | | | | 24,357 | | |
| **Siding Replace-Cedar Shake-Bldg. 1** | | | | | | | | | 664,214 | |
| **Siding Replace-Cedar Shake-Bldg. 2** | | | | | | | | | 604,580 | |
| **Siding Replace-Cedar Shake-Bldg. 3** | | | | | | | | | 682,363 | |
| **Siding Replace-Cedar Shake-Check-In Bldg.** | | | | | | | | | 65,097 | |
| **Sofa/Sleeper (LR)-Bldg. 1** | | | | | | | | 37,151 | | |
| **Sofa/Sleeper (LR)-Bldg. 2** | | | | | | | | 31,843 | | |
| **Sofa/Sleeper (LR)-Bldg. 3** | | | | | | | | 31,843 | | |
| **Spa Equipment-Heater** | 5,069 | | | | | | | | | |
| **Spa Equipment/Plumbing** | | | | | 23,087 | | | | | |
| **Spa-Interior Plaster Resurface** | | | 9,124 | | | | | | | |
| **Telephone/PBX Switch** | | | | | 286,987 | | | | | |
| **Television-BR-Bldg. 1** | | | | | | | | 27,848 | | |
| **Television-BR-Bldg. 2** | | | | | | | | 23,870 | | |
| **Television-BR-Bldg. 3** | | | | | | | | 23,870 | | |
| **Television-LR-Bldg. 1** | | | | | | | | 18,507 | | |
| **Television-LR-Bldg. 2** | | | | | | | | 15,863 | | |
| **Television-LR-Bldg. 3** | | | | | | | | 15,863 | | |
| **Tile Backsplash (Kitchen)-Bldg. 1** | | | | | | | | 10,352 | | |
| **Tile Backsplash (Kitchen)-Bldg. 2** | | | | | | | | 8,873 | | |
| **Tile Backsplash (Kitchen)-Bldg. 3** | | | | | | | | 8,873 | | |
| **Tile Surround-Tub/Shower Conversion-Bldg. 1** | | | | | | | | 22,328 | | |

5/06/25

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.

# PROJECTED EXPENDITURES

### Newport Overlook - Analysis 1-2025

| | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Tile Surround-Tub/Shower Conversion-Bldg. 2** | | | | | | | | 19,138 | | |
| **Tile Surround-Tub/Shower Conversion-Bldg. 3** | | | | | | | | 38,276 | | |
| **Tile Surround/Shower Conversion-Bldg. 1** | | | | | | | | 29,432 | | |
| **Tile Surround/Shower Conversion-Bldg. 2** | | | | | | | | 25,227 | | |
| **Tile Surround/Shower Conversion-Bldg. 3** | | | | | | | | 25,227 | | |
| **Toilets-Bldg. 1** | | | | | | | | 23,139 | | |
| **Toilets-Bldg. 2** | | | | | | | | 19,834 | | |
| **Toilets-Bldg. 3** | | | | | | | | 29,751 | | |
| **Washer/Dryer-Bldg. 1 & 2** | | | | | 45,151 | | | | | |
| **Washer/Dryer-Bldg. 3** | | | | | 20,839 | | | | | |
| **Water Heaters-Units** | 41,200 | | | | | | | | | |
| **Wifi Upgrade** | | 306,701 | | | | | | | 377,264 | |
| **Window Replace-Bldg. 1** | | | | | | | | | | 126,340 |
| **Window Replace-Bldg. 2** | | | | | | | | | 103,949 | |
| **Window Replace-Bldg. 3** | | | | | | | | 100,913 | | |
| **Window Replace-Check-In Bldg.** | | | | | | | | 9,281 | | |
| **Window Treatments-Roller Shades-Bldg. 1** | | | | | | | | 64,953 | | |
| **Window Treatments-Roller Shades-Bldg. 2** | | | | | | | | 55,674 | | |
| **Window Treatments-Roller Shades-Bldg. 3** | | | | | | | | 41,756 | | |
| **Totals** | 186,643 | 315,312 | 40,542 | 396,247 | 570,112 | 50,318 | 21,397 | 4,781,218 | 2,519,529 | 452,464 |

**5/06/25**

Wyndham Vacations Resorts
Copyright Armstrong Consulting 2025 - All rights reserved.