**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In re: Newport Overlook Association          BK No: 25-11000

Debtor,          Chapter 11

---

**ORDER CONTINUING HEARINGS AND REQUIRING SERVICE**
**(this relates to Doc. ##2, 3, 4, 5, 6)**

On December 17, 2025, Debtor Newport Overlook Association filed a voluntary Chapter 11 Petition (Doc. #1).  On December 23, 2025, the Court held a preliminary hearing on five motions filed by the Debtor on an emergency basis, during which counsel for the Debtor and the United States Trustee appeared.[1]  For the reasons stated on the record, and with good cause having been found, the Court hereby ORDERS:

1. The hearing on the Insurance Motion and Claims Agent Motion is continued to January 6, 2026, at 10:00 a.m.;

2. The hearing on the Tax Motion, Cash Management Motion, and Suppression Motion is continued to January 21, 2026, at 2:00 p.m.; and

3. By December 29, 2025, the Debtor shall serve this Order on all creditors and parties in interest, including the "Association Members" as defined in the Claims Agent Motion, and shall file a certificate of service reflecting compliance with this Order by the same date.[2]

Date: December 24, 2025

_____
John A. Dorsey, Jr.
U.S. Bankruptcy Judge

---

[1] *See* Doc. #2 Motion For Emergency Determination on Debtor's Application for Entry of an Order Authorizing Debtor to Employ and Retain Omni Agent Solutions, Inc. as Notice, Claims and Solicitation Agent (the "Claims Agent Motion"); Doc. #3 Motion for Emergency Determination for Interim and Final Orders Authorizing Debtor to Pay Prepetition Sales, Use, Trust Fund, Property, and Other Taxes and Similar Obligations (the "Tax Motion"); (iii) Doc. #4 Motion for Emergency Determination for Authority to *to (I) Continue to Administer Insurance Policies and Related Agreements; (II) Honor Certain Obligations in Respect thereof; and (III) for Related Relief* (the "Insurance Motion"); Doc. #5 Motion for Emergency Determination For Interim and Final Orders (I) Authorizing Debtor to (A) Continue to Use Existing Cash Management System, (B) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, and (C) Honor Certain Related Prepetition and Postpetition Obligations; (II) Determining Compliance with, or Granting a Waiver of, Certain Investment and Deposit Guidelines; and (III) Granting Related Relief (the "Cash Management Motion"); Doc. #6 Motion for Emergency Determination for Entry of an Order (I) Authorizing Debtor to Suppress Certain Personally Identifiable Information for Individual Creditors, Interval Owners, and Parties in Interest and (II) Limiting Debtor's Noticing Obligations (the "Suppression Motion").

[2] *See* Claims Agent Motion at ¶ 8 (defining "Association Members" as "Owners of Interval[s].").

---